# IN UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Cutberto Viramontes, an individual and resident of Cook County, Illinois; | : |
| Rubi Joyal, an individual and resident of Cook County, Illinois; | : |
| Christopher Khaya, an individual and resident of Cook County, Illinois; | : |
| SECOND AMENDMENT FOUNDATION; *and* | : |
| FIREARMS POLICY COALITION, INC., | : |
| *Plaintiffs*, | : Civil Action No. _____ |
| v. | : |
| THE COUNTY OF COOK, a body politic and corporate; | : |
| TONI PRECKWINKLE, in her official capacity as County Board President and Chief Executive Officer of Cook County; | : |
| KIMBERLY M. FOXX, in her official capacity as State's Attorney; *and* | : |
| THOMAS DART, in his official capacity as Sheriff, | : |
| *Defendants*. | : |

## **Notification as to Affiliates**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 Plaintiffs state as follows:

Plaintiff Second Amendment Foundation is a Washington not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 5% or more of its stock.

-1-

Plaintiff Firearms Policy Coalition, Inc. is a Delaware not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 5% or more of its stock.

Dated: August 27, 2021

Respectfully submitted,

/s/ Christian D. Ambler
Christian D. Ambler
STONE & JOHNSON, CHTD.
111 West Washington Street
Suite 1800
Chicago, Illinois 60602
(312) 332-5656
cambler@stonejohnsonlaw.com

David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Pro hac vice application forthcoming

*Attorneys for Plaintiffs*