**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

*50102513*

CASE NUMBER: 21cv04595 — MULT. SER.: 4 — DOC. TYPE: SUMMONS
**DIE DATE: 9/13/2021** — RECEIVED DATE: 9/1/2021 — FILED DATE: 8/27/2021 — DIST: 602 DC

| | | | |
|---|---|---|---|
| **DEFENDANT:** | FOXX, KIMBERLY M<br>69 W WASHINGTON St<br>CHICAGO, IL 60602 | **PLAINTIFF:**<br>**ATTORNEY:** | VIRAMONTES, CUTBERTO<br>STONE AND JOHNSON CHARTERED<br>111 W Washington St Suite 1800<br>CHICAGO, IL 60602<br>312-332-5656 |

ATTACHED FEE AMT:
SERVICE INFORMATION:

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

___ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

___ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON

___ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

___ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

___ **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

___ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

___ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ___ (01) NO CONTACT | ___ (05) WRONG ADDRESS | ___ (09) DECEASED |
| ___ (02) MOVED | ___ (06) NO SUCH ADDRESS | ___ (10) NO REGISTERED AGENT |
| ___ (03) EMPTY LOT | ___ (07) EMPLOYER REFUSAL | ___ (11) OUT OF COOK COUNTY |
| ___ (04) NOT LISTED | ___ (08) CANCELLED BY PLAINTIFF ATTY | ___ (12) OTHER REASON (EXPLAIN) |

EXPLANATION:

WRIT SERVED ON: CLARISSA BOUIE
SEX: Female    RACE: Black    AGE: 32
THIS 9 DAY OF September 2021
TIME: 10:25:00 AM

THOMAS J. DART,
SHERIFF, BY: /S/ CHANG, BARBARO , Star # 11559 , DEPUTY

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR# |
| | : | |
| | : | |
| | : | |
| | : | |

RDA751R



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

*50102513*

CASE NUMBER: 21cv04595

| **DEFENDANT:** | FOXX, KIMBERLY M | **PLAINTIFF:** | VIRAMONTES, CUTBERTO |
|---|---|---|---|
| DATE | | DEPUTY | STAR # |