IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CUTBERTO VIRAMONTES, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | No. 21 CV 4595 |
| v. | ) ) ) | Judge Rebecca R. Pallmeyer<br>Magistrate Judge Susan E. Cox |
| THE COUNTY OF COOK, *et al.*, | ) ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants the County of Cook, Toni Preckwinkle, Kimberly M. Foxx, and Thomas Dart (the "Defendants"), by and through Assistant State's Attorney Hellin Jang, and respectfully move this Honorable Court for an extension of time to answer or otherwise plead until November 15, 2021. In support thereof, Defendants state as follows:

1. Plaintiff's Complaint was filed on August 27, 2021. Dkt. 1.

2. Plaintiff's Complaint and Summons were served on the County of Cook on or about September 10, 2021. Dkt. 10.

3. Plaintiff's Complaint and Summons were served on Toni Preckwinkle on or about September 10, 2021. Dkt. 11.

4. Plaintiff's Complaint and Summons were served on Kimberly M. Foxx on or about September 9, 2021. Dkt. 12.

5. Plaintiff's Complaint and Summons were served on Thomas Dart on or about September 13, 2021. Dkt. 13.

6. The undersigned counsel has been reviewing the allegations with Defendants and requests additional time to answer or otherwise plead, until November 15, 2021.

7. The undersigned counsel has consulted with counsel for Plaintiffs regarding this motion, and they do not oppose this request.

1

WHEREFORE, the Defendants respectfully request that this court grant all defendants an extension of time to answer or otherwise plead until November 15, 2021.

Dated: September 30, 2021

Respectfully submitted,

/s/ Hellin Jang
Assistant State's Attorney
Cook County State's Attorney's Office
Civil Actions Bureau
Advice, Business and Complex Litigation Division
50 West Washington Street, Room 500
Chicago, Illinois 60602-1356
Tel: (312) 603-5397
Email: hellin.jang@cookcountyil.gov

*Counsel for Defendants the County of Cook,
Toni Preckwinkle, Kimberly M. Foxx, and Thomas Dart*