IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al. : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 1:21-cv-04595 |
| vs. : | |
| : | Chief Judge Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, et al. : | |
| : | |
| Defendants. : | |

## PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiffs Cutberto Viramontes, Rubi Joyal, Christopher Khaya, the Second Amendment Foundation, and the Firearms Policy Coalition, Inc. respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings. All parties agree that this case is controlled by binding Seventh Circuit precedent and therefore judgment should be entered forthwith. This Motion is supported by the accompanying Memorandum.

Dated: December 3, 2021

Christian D. Ambler
ARDC #6228749
STONE & JOHNSON, CHTD.
111 West Washington St., Suite 1800
Chicago, IL 60602
(312) 332-5656
cambler@stonejohnsonlaw.com

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Admitted p*ro hac vice*

*Attorneys for Plaintiffs*