# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Cutberto Viramontes, et al. v. The County of Cook, et al.

Case Number: 21-cv-04595

An appearance is hereby filed by the undersigned as attorney for:
Defendants: The County of Cook, Toni Preckwinkle, Kimberly Foxx, Thomas Dart

Attorney name (type or print): David A. Adelman

Firm: Cook County State's Attorney's Office - Civil Actions Bureau-Affirmative & Complex Litigation

Street address: 500 Richard J. Daley Center, 50 W. Washington Street, Room 500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6209401
(See item 3 in instructions)

Telephone Number: (312) 603-3151

Email Address: david.adelman@cookcountyil.gov

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/01/2022

Attorney signature: S/ David A. Adelman
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015