**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CUTBERTO VIRAMONTES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 1:21-cv-04595 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | Magistrate Judge Susan E. Cox |
| THE COUNTY OF COOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  Christian D. Ambler   David H. Thompson, Peter A. Patterson
 STONE & JOHNSON, CHTD.   William V. Bergstrom,
 111 West Washington Street   COOPER & KIRK, PLLC
 Suite 1800   1523 New Hampshire Avenue, N.W.
 Chicago, IL 60602   Washington, D.C. 20036
 (312) 332-5656   (202) 220-9600; (202) 220-9601
 cambler@stonejohnsonlaw.com   dthompson@cooperkirk.com
 (sent via CM/ECF)   ppatterson@cooperkirk.com
   wbergstrom@cooperkirk.com
   (sent via CM/ECF)

   YOU ARE HEREBY NOTIFIED that on February 01, 2022, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division the following: Attorney Appearance of David A. Adelman on behalf of Defendants the County of Cook, Toni Preckwinkle, Kimberly Foxx, and Thomas Dart.

                    KIMBERLY M. FOXX
                    State's Attorney of Cook County

             By:  */s/ David A. Adelman*
                  David A. Adelman
                  Assistant State's Attorney
                  500 Richard J. Daley Center
                  Chicago, Illinois 60602
                  (312) 603-3151
                  David.Adelman@cookcountyil.gov

## CERTIFICATE OF SERVICE

I, David A. Adelman, Assistant State's Attorney, hereby certify that on February 01, 2022, I filed the above notice and <u>Attorney Appearance of David A. Adelman on behalf of Defendants the County of Cook, Toni Preckwinkle, Kimberly Foxx, and Thomas Dart</u> and that all counsel of record were served via Electronic Case Filing (ECF).

/s/ <u>*David A. Adelman*</u>
David A. Adelman
Assistant State's Attorney
