# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al. | : |
| Plaintiffs, | : |
| | : Case No. 1:21-cv-04595 |
| vs. | : |
| | : Chief Judge Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, et al. | : |
| Defendants. | : |

## PLAINTIFF JOYAL'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Rubi Joyal respectfully moves this Court pursuant to Federal Rule of Civil Procedure 41(a)(2) for dismissal without prejudice. This Motion is supported by the accompanying Memorandum.

Dated: April 14, 2022

Christian D. Ambler
ARDC #6228749
STONE & JOHNSON, CHTD.
111 West Washington St., Suite 1800
Chicago, IL 60602
(312) 332-5656
cambler@stonejohnsonlaw.com

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Admitted p*ro hac vice*

*Attorneys for Plaintiffs*

1