## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Cutberto Viramontes, et al.
                        Plaintiff,

v.                                               Case No.: 1:21−cv−04595
                                                Honorable Rebecca R. Pallmeyer

The County of Cook, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 25, 2022:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephonic status hearing held. Parties report that discovery is ongoing. As Rubi Joyal has already been deposed, and further information or documents can be obtained by subpoena, Defendant#039;s objection to a without−prejudice dismissal is overruled. Rubi Joyal's motion for voluntary dismissal without prejudice [29] is granted. Rubi Joyal is terminated from the case. The next telephone status hearing is set for 5/31/2022 at 10:30 a.m., at which time the parties should be prepared to propose an agreed schedule for expert discovery. Members of the public and media will be able to call in to listen to the hearing. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.