## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Cutberto Viramontes, et al.
                       Plaintiff,

v.                                         Case No.: 1:21−cv−04595
                                           Honorable Rebecca R. Pallmeyer

The County of Cook, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 31, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone status hearing held on 5/31/22. Fact discovery will remain open for the limited purpose of production of documents in response Plaintiffs' proposal for search terms. Plaintiff will not disclose affirmative experts but Defendant expects to do so on the following scheduled, agreed by counsel: Date for initial expert disclosure is set July 15, 2022. Responsive disclosures, if any, will be submitted in accordance with the Federal Rules. Further telephone status hearing is set for September 8, 2022, at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.