# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cutberto Viramontes, et al.

                Plaintiff,

v.                                                        Case No.: 1:21−cv−04595
                                                         Honorable Rebecca R. Pallmeyer

The County of Cook, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 7, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In light of the rapidly−evolving circumstances described in Defendants' motion [38], that motion is granted. Time for Defendants' expert disclosure is extended to September 15, 2022. The parties are invited to propose a schedule for Plaintiff's disclosures, if any. Telephone status conference now set for September 8, 2022, is stricken and re−set to September 29, 2022 at 10:00 a.m. Members of the public and media will be able to call in to listen to this hearing. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.