**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:                           Case Number: 21-cv-04595
Cutberto Viramontes, et al. v. The County
of Cook, et al.
An appearance is hereby filed by the undersigned as attorney for:
Defendants: The County of Cook, Toni Preckwinkle, Kimberly Foxx, Thomas Dart

Attorney name (type or print):  Edward M. Brener

Firm:     Cook County State's Attorney's Office - Civil Actions Bureau-Affirmative  &
Complex Litigation

Street address:      500 Richard J. Daley Center, 50 W. Washington Street, Room 500

City/State/Zip:    Chicago, IL 60602

Bar ID Number:  6305532                    Telephone Number:     (312) 603-5971
(See item 3  in instructions)

Email Address: edward.brener@cookcountyil.gov

Are you acting as lead counsel in this case?              ☐ Yes    ☒ No

Are you acting as local counsel in this case?             ☐ Yes    ☒ No

Are you a member of the court's trial bar?                ☒ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?   ☒ Yes    ☐ No

If this is a criminal case, check your status.        ☐    Retained Counsel

                                                      ☐    Appointed Counsel
                                                           If appointed counsel, are you a

                                                           ☐ Federal Defender

                                                           ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's
general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this
statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/19/2022

Attorney signature:      S/ Edward M. Brener
                         (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015