**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CUTBERTO VIRAMONTES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 21 CV 4595 |
| ) | |
| v. ) | Judge Rebecca R. Pallmeyer |
| ) | Magistrate Judge Susan E. Cox |
| THE COUNTY OF COOK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

To:  William Victor Bergstrom  
Cooper & Kirk, PLLC  
1523 New Hampshire Ave., NW  
Washington, DC 20036  
wbergstrom@cooperkirk.com  

Peter A. Patterson  
Cooper & Kirk, PLLC  
1523 New Hampshire Ave, NW  
Washington, DC 20036  
ppaterson@cooperkirk.com  

David Henry Thompson  
Cooper & Kirk, PLLC  
1523 New Hampshire Ave, NW  
Washington, DC 20036  
dthomspon@cooperkirk.com  

Christian D. Ambler  
Stone & Johnson, Chartered  
111 W. Washington  
Suite 1800  
Chicago, IL 60602  
cambler@stonejohnsonlaw.com  

PLEASE TAKE NOTICE that on September 15, 2022, I served Defendants County of Cook, Toni Preckwinkle, and Kimberly M. Foxx's Fed. R. Civ. P. 26(a)(2) disclosures and expert reports, along with all supporting documentation, to all counsel so identified *by email only*.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ David A. Adelman*
David A. Adelman
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3151
david.adelman@cookcountyil.gov