## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cutberto Viramontes, et al.

                      Plaintiff,

v.                                                    Case No.: 1:21−cv−04595
                                                      Honorable Rebecca R. Pallmeyer

The County of Cook, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 12, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone status hearing held. The court adopts the parties' agreed discovery schedule: Expert discovery concludes by 11/28/2022 and dispositive motions to be filed on or before 1/19/2023. Parties are directed to submit agreed briefing schedules for any dispositive motions filed. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.