# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Cutberto Viramontes, an individual and resident of Cook County, Illinois; | : :  : Case No.: 1:21-cv-04595 |
| Christopher Khaya, an individual and resident of Cook County, Illinois; | : : Honorable Rebecca R. Pallmeyer : |
| SECOND AMENDMENT FOUNDATION; *and* | : : |
| FIREARMS POLICY COALITION, INC., | : : |
| *Plaintiffs*, | : : |
| v. | : : |
| THE COUNTY OF COOK, a body politic and corporate; | : : : |
| TONI PRECKWINKLE, in her official capacity as County Board President and Chief Executive Officer of Cook County; | : : : : |
| KIMBERLY M. FOXX, in her official capacity as State's Attorney; *and* | : : : |
| THOMAS DART, in his official capacity as Sheriff, | : : |
| *Defendants*. | : : : : : |

## MOTION FOR LEAVE TO WITHDRAW CHRISTIAN D. AMBLER AS COUNSEL OF RECORD FOR PLAINTIFFS

Plaintiffs Cutberto Viramontes, Christopher Khaya, Second Amendment Foundation, and Firearms Policy Coalition, Inc. (collectively, "Plaintiffs"), by one of their attorneys, Christian D.

Ambler, move for leave to withdraw Attorney Ambler's appearance as one of the attorneys of record for Plaintiffs, and in support thereof, state as follows:

1. Attorney Christian D. Ambler filed his appearance as local counsel for Plaintiffs on August 27, 2021. [Doc. # 2]

2. Attorneys David H. Thompson, Peter Patterson and William Bergstrom were granted leave to appear for Plaintiffs *pro hac vice* on September 16, 2021. [Doc. #9]

3. On September 27, 2022, new Illinois counsel, David G. Sigale, filed his additional Appearance on behalf of Plaintiffs. [Doc. #45]

4. Because Attorneys Thompson, Patterson, Bergstrom and Sigale remain as Plaintiffs' counsel of record in this matter, Plaintiffs request that Attorney Ambler's representation of them be terminated and that his Appearance be withdrawn.

5. No Prejudice to Plaintiffs or Defendants will ensue by granting this motion, and there will be no disruption of the proceedings by granting this motion.

WHEREFORE, Plaintiffs Cutberto Viramontes, Christopher Khaya, Second Amendment Foundation, and Firearms Policy Coalition, Inc. respectfully request that this Court grant their motion and allow Christian D. Ambler to withdraw his appearance from this case.

                                                          CUTBERO VIRAMONTES,
                                                          CHRISTOPHER KHAYA,
                                                          SECOND AMENDMENT FOUNDATION, and
                                                          FIREARMS POLICY COALITION, INC.

                                                          By: /s/ *Christian D. Ambler*
                                                               One of their attorneys

Christian D. Ambler
Stone & Johnson, Chtd.
111 West Washington Street, Ste-1800
Chicago, Illinois 60602
(312) 332-5656
cambler@stonejohnsonlaw.com

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on September that on October 31, 2022, I electronically filed Plaintiffs' Motion to Withdraw Christian D. Ambler as counsel of record with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following participants:

David A. Adelman
Assistant State's Attorney
David.adelman@cookcountyil.gov

                                                        By: /s/ *Christian D. Ambler*
                                                            One of their attorneys

Christian D. Ambler
Stone & Johnson, Chtd.
111 West Washington Street, Ste-1800
Chicago, Illinois 60602
(312) 332-5656
cambler@stonejohnsonlaw.com