UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF COOK, a body politic and corporate, *et al.*, <br><br> Defendants. | No. 1:21-cv-04595 <br><br> Honorable Rebecca R. Pallmeyer <br><br> Honorable Susan E. Cox |

**CITY OF HIGHLAND PARK'S MOTION TO
REASSIGN RELATED CASE PURSUANT TO LOCAL RULE 40.4**

The City of Highland Park, Illinois ("Highland Park") respectfully moves to reassign a related case to this Court's docket pursuant to Local Rule 40.4. The related case, captioned *Goldman v. City of Highland Park*, No. 1:22-cv-04774 (N.D. Ill.) (the "Highland Park action"), is pending in the Northern District of Illinois before Judge Harry D. Leinenweber.

The plaintiffs in the Highland Park action oppose the Motion. The defendants in this action, *Viramontes v. County of Cook*, No. 21-cv-04595 (N.D. Ill.), consent to this Motion and are in favor of reassignment. The plaintiffs in this action take no position on the Motion.

Highland Park respectfully requests that this Court exercise its discretion and grant this Motion for the reasons set forth in the accompanying memorandum of law and supporting exhibits.[1]

Dated: December 23, 2022

Respectfully submitted,

*/s/ David H. Hoffman*
David H. Hoffman (No. 6229441)

---

[1] Undersigned counsel will serve copies of this motion and the accompanying memorandum of law and supporting exhibits on counsel for the plaintiffs in the Highland Park action on the day this motion is filed.

Neil H. Conrad (No. 6321947)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
david.hoffman@sidley.com
nconrad@sidley.com

*Attorneys for Non-Party Movant City of Highland Park, Illinois*