## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF COOK, a body politic and corporate, *et al.*, <br><br> Defendants. | No. 1:21-cv-04595 <br><br> Honorable Rebecca R. Pallmeyer <br><br> Honorable Susan E. Cox |

### INDEX OF EXHIBITS IN SUPPORT OF THE CITY OF HIGHLAND PARK'S MOTION TO REASSIGN RELATED CASE PURSUANT TO LOCAL RULE 40.4

| Exhibit | Description |
|---|---|
| A | Complaint, *Goldman v. City of Highland Park*, No. 1:22-cv-04774 (N.D. Ill. Sept. 7, 2022) (Dkt. 1) |
| B | Declaration of Nancy Rotering, *Friedman v. City of Highland Park*, No. 1:13-cv-09073 (N.D. Ill. June 30, 2014) (Dkt. 45-1) |
| C | Complaint, *Viramontes v. County of Cook*, No. 1:21-cv-04595 (N.D. Ill. Aug. 27, 2021) (Dkt. 1) |