# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cutberto Viramontes, et al.

                        Plaintiff,

v.                                                    Case No.: 1:21−cv−04595

                                                           Honorable Rebecca R. Pallmeyer

The County of Cook, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 29, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Briefing schedule for Highland Park's motion to reassign related case [54] is as follows: Response is due by 1/6/2023 and Reply is due by 1/13/2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.