# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Cutberto Viramontes, et al.
                    Plaintiff,

v.                                                 Case No.: 1:21−cv−04595
                                                       Honorable Rebecca R. Pallmeyer

The County of Cook, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: County Defendants' agreed motion for extension of time and for leave to file Memorandum in excess of 15 pages and statement of material facts in excess of 80 statements [60] is granted. The County Defendants are granted leave to file a memorandum in support of summary judgment in excess of 15 pages, and in excess of the 80−fact limit. Extension is granted to file dispositive motions on or before February 2, 2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.