UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF COOK, a body politic and corporate, *et al.*, <br><br> Defendants. | No. 1:21-cv-04595 <br><br> Honorable Rebecca R. Pallmeyer <br><br> Honorable Susan E. Cox |

**CITY OF NAPERVILLE'S MOTION TO
REASSIGN RELATED CASE PURSUANT TO LOCAL RULE 40.4**

The City of Naperville, Illinois ("Naperville") respectfully moves to reassign a related case to this Court's docket pursuant to Local Rule 40.4. The related case, captioned *Bevis v. City of Naperville* No. 1:22-cv-04775 (N.D. Ill.) (the "Naperville action"), is pending in the Northern District of Illinois before Judge Virginia M. Kendall.

Naperville respectfully requests that this Court exercise its discretion and grant this Motion for the reasons set forth in the accompanying memorandum of law and supporting exhibits.[1]

---

[1] Undersigned counsel will serve copies of this motion and the accompanying memorandum of law and supporting exhibits on counsel for the plaintiffs in the Naperville action on the day this motion is filed.

| | |
|---|---|
| Dated: January 19, 2023 | Respectfully submitted,<br><br>*/s/ Christopher B. Wilson*<br>Christopher B. Wilson (No. 06202139)<br>Micaela M. Snashall (6339703)<br>Gabriel Tong (6342969)<br>PERKINS COIE LLP<br>110 N. Wacker, Ste. 3400<br>Chicago, IL 60606<br>Telephone: (312) 324-8400<br>Facsimile: (312) 324-9603<br>CWilson@perkinscoie.com<br>MSnashall@perkinscoie.com<br>GTong@perkinscoie.com<br><br>Douglas N. Letter (*pro hac vice* forthcoming)<br>Shira Lauren Feldman (*pro hac vice*)<br>BRADY<br>840 First Street NE, Suite 400<br>Washington, DC 20002<br>Telephone: (202) 370-8100<br>dletter@bradyunited.org<br>sfeldman@bradyunited.org<br><br>*Attorneys for Non-Party Movant City of Naperville, Illinois* |

160140393.3
160187302.1

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with Federal Rule of Civil Procedure 5 and Local Rule 5.5, the following document was served on January 19, 2023 through the district court's ECF system to all ECF filers, and by electronic mail to the following:

Jason Craddock
Attorney at Law
2021 Midwest Rd., Ste 200
Oak Brook, IL 60523
craddocklaw@icloud.com

Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
barry@arringtonpc.com

*/s/ Christopher B. Wilson*
Christopher B. Wilson