# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al. | : |
| Plaintiffs, | : |
| vs. | : Case No. 1:21-cv-04595 |
| | : Chief Judge Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, et al. | : |
| Defendants. | : |

## MOTION TO STAY

Plaintiffs respectfully move to stay all current deadlines in this case and hold the case in abeyance pending resolution of *Harrel v. Raoul*, 3:23-cv-00141 (S.D. Ill.). In addition, or in the alternative, Plaintiffs respectfully request the Court enter an immediate and temporary stay of the dispositive motion deadline until this motion is resolved.

Plaintiffs respectfully request that this Court exercise its discretion and grant this motion for the reasons set forth in the accompanying brief memorandum of law. Defendants oppose both of these requests but do consent to an extension of time of one week to file dispositive motions.

Dated: January 31, 2023

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
(630) 452-4547
dsigale@sigalelaw.com

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
　　*Admitted p*ro hac vice*

*Attorneys for Plaintiffs*