IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, *et al.*, | |
| Plaintiffs, | Case No. 1:21-cv-04595 |
| v. | Assigned Judge: Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, a body politic and corporate, *et al.*, | Designated Magistrate Judge: Susan E. Cox |
| Defendants. | |

**COUNTY DEFENDANTS' UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Defendants The County of Cook, a body politic and corporate, Toni Preckwinkle, in her official capacity as County Board President and Chief Executive Officer of Cook County, Kimberly M. Foxx, in her official capacity as State's Attorney, and Thomas Dart, in his official capacity as Sheriff (collectively the "County Defendants"), by their attorney, Kimberly M. Foxx, State's Attorney of Cook County, through Megan M. Honingford, Assistant State's Attorney, pursuant to F.R.C.P. 6(b)(1)(A), for their unopposed motion for extension of time to file dispositive motions state as follows:

1. On August 27, 2021, Plaintiffs filed a 20-page Complaint. (ECF No. 1.)

2. Currently, dispositive motions are due to be filed on or before February 2, 2023. (ECF No. 63.)

3. On January 31, 2023, Plaintiffs filed a motion to stay this proceeding in light of new litigation pending in the U.S. District Court for the Southern District of Illinois. (ECF No. 69-70.)

1

4. In the alternative, Plaintiffs ask for an immediate and temporary stay of the dispositive motion deadline until the motion to stay is resolved. (ECF No. 69.)

5. The parties have agreed to a briefing schedule on the motion to stay. The parties agree Defendants' response will be due February 15, 2023 and Plaintiffs' reply due February 22, 2023, should the court approve.

6. The parties agree that an extension of the date to file dispositive motions is necessary but disagree on the amount of time necessary.

7. Defendants request an extension of one week to file dispositive motions, up to and including February 9, 2023. Plaintiffs have indicated that they would prefer an extension up to and including 14 days after the denial of the motion to stay, if the motion to stay is denied.

WHEREFORE, the County Defendants request that this Court grant an extension of time to file dispositive motions on or before February 9, 2023, and any other relief the Court deems just and proper.

Dated: February 1, 2023

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: /s/ Megan M. Honingford
Megan M. Honingford
Assistant State's Attorney
500 Richard J. Daley Center
50 West Washington Ave.
Chicago, IL 60602
(312) 603-3630
Megan.honingford@cookcountyil.gov