UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Cutberto Viramontes, et al.
                        Plaintiff,

v.                                                        Case No.: 1:21−cv−04595
                                                            Honorable Rebecca R. Pallmeyer

The County of Cook, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 3, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: A motion hearing is set for 3/8/2023 at 1:00 p.m. for plaintiff's motion to stay [69]. This hearing will be conducted via Microsoft Teams video conference. Counsel shall email the courtroom deputy and provide the email address for each attorney that is expected to participate. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.