**EXHIBIT 10**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIRAMONTES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:21-cv-04595 |
| v. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF CHIEF LARRY SNELLING

I, LARRY SNELLING, declare under penalty of perjury as follows:

1. I am the Chief of the Bureau of Counter Terrorism for the Chicago Police Department ("CPD"). I submit this sworn declaration in support of Defendants in the above-referenced case.

2. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

3. I graduated from the DePaul University with a degree in adult education.

4. I was hired as a police officer with the Chicago Police Department in 1992. I have been promoted regularly during my career, achieving the ranks of sergeant, lieutenant, Commander, Deputy Chief, and Chief.

5. I was most recently promoted to Chief of the Bureau of Counterterrorism in October of 2022. The title of Chief is the third highest sworn rank in the Chicago Police Department, serving under the Superintendent and First Deputy Superintendent.

VIRAMONTES 004228

6. In my current role as Chief of the Bureau of Counter Terrorism, I am responsible for over twenty units, including the Intelligence Section, Special Weapons and Tactics (SWAT), Firearms Investigation Team, Canine Unit, Public Transportation Unit, Airport Operations, Marine Operations Unit, Mounted Unit, Gang Investigations Unit, and Bomb Squad. There are over 1,000 sworn staff in these units. In addition, I serve as the Incident Commander for all major events, including protests, festivals, concerts, etc.

7. On a day-to-day basis, I supervise the operations of these units, manage administrative duties, and help plan and coordinate Chicago's safety plans and responses to large scale special events. I continue to perform work in the field often.

8. I also ensure the CPD assists the FBI and other law enforcement agencies in defending against international and domestic terrorism.

9. I have not been asked to testify or been deposed in a civil matter within the last four years, nor have I published any articles in the last ten years.

10. As a member of the CPD, I possess decades of experience with firearms, including assault weapons. In my various roles with the CPD, I have been present on crime scenes involving individuals shot or murdered by assault weapons. I also regularly receive and review reports of shootings in the city involving assault weapons.

11. Chicago has experienced a significant increase in the number of shootings involving assault weapons in the last ten years, and CPD recovers assault weapons regularly.

12. Assault weapons can be more easily modified to become fully automatic than other weapons, and I or members of my teams have recovered such weapons. Compared to other weapons, assault weapons require little or no training to learn to shoot a large area to cause maximum death and destruction.

VIRAMONTES 004229

13. Assault weapons cause more extreme damage in scope and scale than other weapons. Assault weapons shoot with a higher velocity than regular handguns and are able to defeat the standard defenses and protective equipment used by law enforcement personnel and members of the public.

14. Ammunition fired from assault weapons travels easily through objects, such as most bullet proof vests, walls, vehicles, and the human body. Because assault weapons allow a shooter to hit within a larger area and at a higher velocity, many victims of assault weapons are not the intended targets but innocent bystanders.

15. I have personally witnessed the destruction assault weapons cause, including witnessing scenes where an assault weapon has shot an innocent bystander through barriers such as cars or building walls.

16. Demand for assault weapons seems to have risen as it has become easier to purchase or possess assault weapons.

17. Gangs in particular seem to be in a race to procure assault weapons to intimidate other gangs or respond in kind to shootings involving assault weapons. Not possessing assault weapons or responding to shootings with assault weapons can be seen as a sign of weakness that gangs seek to avoid. Gangs prefer assault weapons because they are more powerful and accurate, thus increasing the likelihood of fatalities. There has also been an increase over the last several years of social media posts depicting individuals brandishing assault weapons. The posts are used to intimidate others and/or glamorize violence with assault weapons, particularly gang violence.

18. There is no rational reason for members of the pubic to possess assault weapons in Chicago or similar areas, even for self-defense. Assault weapons are exponentionaly more dangerous than handguns and do not offer an advantage for self-defense over a

VIRAMONTES 004230

handgun, or for hunting over a shotgun or a non-semi-automatic rifle. Their purpose and best use is to kill with extreme speed and efficiency.

19. Prior to 2008, CPD did not assign assault rifles to police officers. Due to the prevalence of assault weapons on the street in recent years, however, CPD now maintains a small amount of them.

20. Most officers do not carry assault weapons as part of their job duties, nor are they trained with them. This means the officers first responding to an active shooter incident involving an assault weapon will have weaker firepower than the suspected assailant(s).

21. Situations involving assailants with assault weapons require officers to wear the highest level of protective equipment, since standard equipment has minimal effect on ammunition fired from assault weapons.

22. Such equipment includes the highest level of bullet-proof vest outfitted with trauma plates. Vests only cover the chest and upper back area, and trauma plates only cover the area over the heart. Hits to any other part of the body from assault weapons will have a much higher likelihood of causing death or serious injury as compared to other types of firearms. Even if ammunition is stopped by the vest or plate, major trauma can still occur because of the high velocity.

23. Partly because of the weight and expense of the highest level vests and plates, as well as the fact that these limit mobility, it is not practical for all officers to wear such equipment absent confirmation that a shooter possesses an assault weapon. Moreover, this equipment can be prohibitively expensive and must be purchased by officers out of their own pockets.

24. Assault rifles are the weapon of choice for mass shootings in public spaces. Designed as killing machines, they allow a person to kill or injure as many people as possible in a

VIRAMONTES 004231

short time, much more than with a handgun or non-semi-automatic rifle. CPD has thus adjusted its large event and domestic terrorism preparations to address assault weapons and mass shootings.

25. The rise in mass shootings and the increased prevalence of assault weapons has required CPD to dedicate increasingly large amounts of resources and time to securing public events and the general safety of the public.

26. For example, this year's Lollapalooza festival took place just weeks after the Fourth of July mass shooting in Highland Park, Illinois, which involved an assault weapon. CPD asked residents to stay off of rooftops surrounding Grant Park and instituted other safety precautions designed specifically to address concerns from assault weapons both within and without the perimeter.

27. A threat was reported at a Lollapalooza, which turned out to be a false alarm. However, CPD police had to decide whether to evacuate everyone to outside the secure perimeter, where the shooter could be waiting with an assault weapon.

28. No matter how prepared or well-equipped CPD is, it is virtually impossible to guarantee a mass shooting with an assault weapon(s) will be stopped.

Executed in Chicago, IL on this 10th day of November 2022.

_____
Chief Larry Snelling

Sworn to before me and subscribed in my presence on this 10th day of November 2022.

_____
Notary Public

**OFFICIAL SEAL**
**JOHN D POULOS**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/08/24

5

VIRAMONTES 004232