**EXHIBIT 11**

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CUTBERTO VIRAMONTES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 21 CV 4595 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | Magistrate Judge Susan E. Cox |
| THE COUNTY OF COOK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## EXPERT REPORT AND DECLARATION BY PHIL ANDREW

1. This report is based on my personal knowledge and experience, and if I am called as a witness, I could and would testify competently to the truth of the matters discussed in this report.

2. All opinions contained herein are made pursuant to a reasonable degree of professional certainty.

3. I am the Principal of PAX Group, LLC, a crisis, and conflict management consultancy that supports leaders and organizations as they navigate challenging circumstances and environments, including crisis planning and response, violence prevention, public safety, and investigations.

4. In my professional capacity, I am called to provide consultation to organizations and communities, often specifically regarding how to prevent and respond to mass shooting incidents.

5. I have a J.D. from DePaul University College of Law and a B.A. in History from the University of Illinois.

6. I am an Adjunct Instructor of negotiation, business intelligence, leadership, and ethics at DePaul University's Kellstadt Graduate School of Business and Department of Management & Entrepreneurship.

7. I am an Adjunct Instructor of Crisis and Conflict Management and Policing with Compassion at Northwestern University Center for Public Safety.

8. I am an Advisory Board Member for Chicago-Kent School of Law's Center for a National Security and Human Rights Law.

9. I am a licensed attorney in the State of Illinois.

VIRAMONTES 003403
CCSAO 09/15/2022

10. I am a licensed detective in the State of Illinois.

11. I was Director of Violence Prevention for the Archdiocese of Chicago and responsible for supporting crisis planning and response, violence prevention, and community partnerships for its large private school system of 180 schools and 300 Parishes and coordinated efforts to triage social service responses services to violence-affected communities.

12. I was employed as a Special Agent for the Federal Bureau of Investigation (FBI) for 21 years in field offices in Kansas City, FBI Headquarters in Washington DC, New York, and Chicago.

13. As Special Agent for the FBI, I was responsible for a broad range of investigations and assignments.

14. I was certified as an FBI Crisis Negotiator and served on and led crisis response teams which deployed on domestic and international crises and trained state, local, and federal law enforcement officers in crisis response, including mass shooting incidents.

15. As a Special Agent (FBI), I served throughout the U.S. and overseas, providing expertise in violence prevention, counterterrorism, counterintelligence, crisis management, hostage negotiation, crimes against children, undercover work, behavioral analysis, and broad investigative experience; I have led complex investigations and regularly deployed on domestic and international kidnappings and hostage-takings.

16. In the last ten years, I have published three opinion editorials: https://chicago.suntimes.com/2022/5/3/23049317/compassion-in-policing-would-help-cops-communities; https://www.chicagobusiness.com/forum-ideas-police-reform/stress-coping-skills-vital-police-reform; https://www.dailyherald.com/discuss/20220717/how-we-can-stop-the-next-mass-shooting

17. In the last four years, I have not given deposition or trial testimony in any case.

## Summary of Opinions

Based on my experience, limiting access to assault weapons helps prevent criminals and other individuals who pose a risk to themselves or others from killing and injuring others and advances public safety without burdening a law-abiding citizen's right to armed defense. Assault weapons, as described in Cook County's Blair Holt Assault Weapons Ban,[1] in their conception, design, capacity, marketing, and unlawful use have a highly disproportionate impact on public safety and present a unique public safety threat.

---

[1] Cook County Code of Ordinances §§ 54-211 – 54-213.

VIRAMONTES 003404
CCSAO 09/15/2022

**Discussion**

1. As a public safety and crisis management professional, I primarily support communities and organizations in assessing, preparing for, and managing safety. Many of the organizations and communities I serve are concerned about the prevention and response to mass shootings. Although mass shootings are a relatively new phenomenon that statistically represents approximately two percent of the overall deaths due to firearms in the United States, it has tragic effects on individuals, organizations, and communities, including law enforcement. Mass shootings create terror and have profound and long-lasting trauma and economic impacts. Mass shooting attacks are particularly terrifying because of the limited ability organizations, communities, and law enforcement have to counter mass shooting attacks conducted with assault weapons. While safety from gun violence has always been a challenge in the United States for various reasons, the recent popularity of assault weapons is new but dramatically and disproportionately increases killings, and injuries. [2] From a public safety perspective, once an attack begins with an assault weapon, it is already worst-case scenario. In attacks involving assault weapons, death and severe injury is not avoidable but largely a matter of luck and fate.

2. Assault weapons were initially offered for sale[3] to the US civilian market without consumer demand and have been marketed without training as a tool for personal image enhancement and with a direct appeal to be like the military and police but without training, command structure, safety, responsibility, or ethics[4].

3. While most estimates indicate assault weapons represent only 1/20th of the firearms in private possession in the United States, [5] assault weapons have had a disproportionate and highly negative effect on public safety over the past 20 years.

---

[2] The Militarization of the US Civilian Firearms Market," Violence Policy Center, June 2011, http://www.vpc.org/studies/militarization.pdf; Christopher S. Koper, Daniel J. Woods, and Jeffrey A. Roth, "An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994–2003," National Institute of Justice, US Department of Justice, June 2004.

[3] In 1984, Guns & Ammo advertised a book called "Assault Firearms," which it said was "full of the hottest hardware available today." "The popularly held idea that the term 'assault weapon' originated with antigun activists, media or politicians is wrong," Mr. Peterson wrote. "The term was first adopted by the manufacturers, wholesalers, importers, and dealers in the American firearms industry to stimulate sales of certain firearms that did not have an appearance that was familiar to many firearm owners. The manufacturers and gun writers of the day needed a catchy name to identify this new type of gun." https://www.nytimes.com/2013/01/17/us/even-defining-assault-weapons-is-complicated.html?smid=nytcore-ios-share

[4] The Gun Industry Created a New Consumer. Now It's Killing Us. - The Atlantic - gun company is marketing a powerful new rifle to civilians, a report says, amid ongoing debates about gun control following a string of deadly mass shootings. SIG Sauer's MCX-Spear is the civilian version of the US Army's NGSW-R (Next Generation Squad Weapon-Rifle), "It'll shoot through almost all of the bulletproof vests worn by law enforcement in the county right now," https://www.businessinsider.com/gun-sold-to-civilians-sig-sauer-mcx-spear-2022-7?utm_medium=social&utm_source=facebook.com&utm_campaign=sf-insider-news&fbclid=IwAR3eRzoL8aizs-qRM3Ss9tJ1QJkEmd4mD-jjJCMZnqyEUBiSh7RkEA8wi30

[5] https://www.nssf.org/articles/nssf-releases-most-recent-firearm-production-figures/

3

4. Targeted marketing by the firearms industry and lobby and assault weapon manufacturers, as well as the dominant use of assault weapons by perpetrators of mass shootings have contributed to assault weapons like the AR-15 design to be the weapon of choice in 85 percent of the deadliest mass shootings, shootings resulting in four or more victims.[6] The largest firearm industry association, the National Shooting Sports Association, refers to the most popular assault weapon used in mass shootings as "America's rifle." [7]

5. Additionally, domestic terrorists, extremists and private militias with hate-related ideologies are attracted to and encouraged to acquire assault weapons based the assault weapons' unique characteristics,[8] further degrading public safety and national security.[9]

6. Many of the perpetrators of targeted violence seek to arm themselves with assault weapons because of their ease in use with limited professionally supervised training, high capacity, effectiveness at a distance, and because they are marketed as military police-styled weapons – they seek to look cool, intimidate, and embrace the appeal of being a military or police wannabee due to intentional marketing tie-in by manufactures. [10]

7. Studies estimate that an assailant with an assault rifle is able to kill and injure twice the number of people compared to an assailant with a non-assault rifle or handgun.[11] This, coincides with the sharp increase in mass shootings and the related casualties, [12] representing a significantly increased public safety threat and a decreased ability to effectively stop and respond to attacks with assault weapons without significant casualties and injuries.

8. Despite assault weapons' disproportionately high impact on public safety, increased threat to law enforcement, and dominant use in mass shootings, the assault weapons manufacturer industry continues to design, manufacture, and sell new, more powerful

---

[6] Charles DiMaggio et al., "Changes in US Mass Shooting Deaths Associated with the 1994–2004 Federal Assault Weapons Ban: Analysis of Open–source Data," *Journal of Trauma and Acute Care Surgery* 86, no. 1 (2019): 11–19. https://www.thetrace.org/2017/06/physics-deadly-bullets-assault-rifles/
[7] https://www.nssf.org/msr/
[8] https://www.law.georgetown.edu/icap/wp-content/uploads/sites/32/2018/04/Prohibiting-Private-Armies-at-Public-Rallies.pdf
[9] In 2017 former Director of the National Counterterrorism Center, Nicholas Rasmussen, warned 2017, "We find ourselves in a more dangerous situation because our population of violent extremists has no difficulty gaining access to weapons that are quite lethal." In 2021, FBI Director Christopher Wray, testified that racially motivated violent extremism was "the biggest chunk of our domestic terrorism portfolio" overall, with "militia violent extremists" trending.
[10] Attackers who espoused white-supremacist beliefs, like the man charged with killing 11 people at the Tree of Life synagogue in Pittsburgh in 2018 and another accused of killing more than 20 people at a Walmart in El Paso in 2019, used semiautomatic firearms. So did the white-supremacist gunman who killed nine Black worshipers at a church in South Carolina in 2015.
[11] Elzerie de Jager, et al., "Lethality of Civilian Active Shooter Incidents With and Without Semiautomatic Rifles in the United States," *JAMA* 320, no. 10 (2018): 1034–1035.
[12] https://www.newsweek.com/us-gun-problem-explain-5-graphs-shootings-1714250#slideshow/2054831

VIRAMONTES 003406
CCSAO 09/15/2022

versions of assault weapons, [13] a pattern that former firearm industry executive Ryan Busse attributes to irresponsible, blind greed. [14] Firearm industry leaders continue this strategy despite their recognition of a national environment of increased individual stress, insufficient coping skills, anger, and mental illness, that heightens the public safety risk of mass shooting attacks with assault weapons. [15]

**Assault Weapon Attacks Create an Unmitigable Public Safety Threat to Public Venues, Schools, and Law Enforcement**

9. Assault Weapons in their conception, design, capacity, marketing, and unlawful use have a highly disproportionate impact and present an unmitigable public safety threat for organizations, communities, and law enforcement. [16]

10. In response to increased mass shootings at schools, workplaces, and public venues, mitigating the threat of an active shooter incident is the top priority for law enforcement and crisis planning and response professionals. The general public and particularly large public venue events, schools, and workplaces are at greater risk today due to the limits of reasonable and practical law enforcement and crisis planning efforts to mitigate the threat of an individual or group using assault weapons to attack.

11. The threat of assault weapons attacks now requires crisis planning for large public and private venue sites to conduct significant pre-event planning, including the clearing and securing of large areas and rooftops, constant monitoring by drones and video cameras, a command center, pre-event and constant intelligence gathering, barricading of roadways with large industrial trucks and significant and constant law enforcement presence. Based on my experience, these situations require large-scale planning and staged first responder resources, contingency plans, extended crisis site perimeters, immediate presence of tactically trained swat teams with special weapons and ceramic and metal plated body

---

[13] https://www.businessinsider.com/gun-sold-to-civilians-sig-sauer-mcx-spear-2022-7?utm_medium=social&utm_source=facebook.com&utm_campaign=sf-insider-news&fbclid=IwAR3eRzoL8aizs-qRM3Ss9tJ1QJkEmd4mD-jjJCMZnqyEUBiSh7RkEA8wi30
[14] Ryan Busse Gun Fight – a Battle Against the Industry that Radicalized America, 2021
[15] Industry leaders recognize and testify to their knowledge and belief that there has been an erosion of personal responsibility – acts are committed by criminals, wicked people, and murders – which they state they have no ability to keep from, take away or stop from killing with the assault weapons they design, manufacture, and sell. https://www.nytimes.com/video/us/politics/guns-house-assault-weapons-makers-testify.html?smid=nytcore-ios-share&referringSource=articleShare
[16] These design features create the ability to quickly lay down a high volume of fire, making semiautomatic assault weapons a particularly dangerous addition to the civilian gun market. This is why assault weapons are favored by terrorists, mass killers, and violent criminals, and they distinguish such weapons from true hunting and target guns. Deliberate, aimed fire from the shoulder may be more accurate than the spray-firing for which assault weapons were designed. But mass murderers and other violent criminals drawn to assault weapons are not after marksmanship medals. They want to kill or maim as many people as possible in as short a time as possible - the exact job for which the semiautomatic assault weapon was designed. https://vpc.org/wp-content/uploads/2018/06/Assault-weapon-primer-2017-VPC.pdf; https://www.npr.org/2018/02/28/588861820/a-brief-history-of-the-ar-15

VIRAMONTES 003407
CCSAO 09/15/2022

12. armor gear, tactical shields, and armored vehicles. These elements and tactics take time and significant resources few departments can provide on their own.

12. These kinds of emergency response plans still rely heavily on an officer's mindset to run at gunfire after it has begun, placing law enforcement officers and others at greater risk than non-assault weapons-involved attacks.

13. Perpetrators of mass shooting attacks with assault weapons do not need a high level of firearm proficiency, professional training, or practice to inflict mass death and injury at close and longer ranges because they are able to fire rapidly with high-capacity magazines and remain accurately at ranges well beyond 100 yards with little skill development.

14. An assault weapon transforms terrorists, criminals, deranged people, or disconnected teens with poor coping skills and intent to kill into killing machines. Very little preparation, training, or skill acquisition under qualified instruction is required. This significantly limits pre-incident intervention opportunities that could happen during a training and preparation phase of an attack.

15. Though all mass violence is devastating to communities and first responders, mass shooting attacks with assault weapons are particularly physical and emotionally traumatic. [17] The impact on immediate victims shot in an assault weapon attack has distinctively physical devastation to victims and long-lasting traumatic impact on survivors within a larger vicinity. Victims are often unrecognizable. Assault weapon wounds are uniquely complex.

16. The widely endorsed active shooter Run, hide, and fight response has limitations based on the crisis environment, the mindset of situational leaders, age and capacity of those participating, the attackers' preparation, surprise, and position, and still results in death and injury with even with training and practice. [18]

17. In my experience, all crises are dynamic, chaotic, stressful, and confusing, even with preparation and training. Mistakes will happen. The impact of mistakes in assault weapon-involved shooting attacks is amplified by the increased capacity, power, and range of assault weapons.

**Disproportionate Impact On Law Enforcement Response, Tactics, Mindset, and Trauma**

18. Assault weapons pose a disproportionate risk to law enforcement. One out of five law enforcement officers slain in the line of duty in 2016 and 2017 were killed with an assault weapon. In 2016 and 2017 (the most recent years for which information is available) 109 U.S. law enforcement officers were slain in the line of duty. Of these, 25 (23 percent)

---

[17] https://www.npr.org/2022/06/06/1103177032/gun-violence-mass-shootings-assault-weapons-victims

[18] https://www.researchgate.net/publication/333292303_AGENT-BASED_MODELING_TO_ASSESS_THE_EFFECTIVENESS_OF_RUN_HIDE_FIGHT

VIRAMONTES 003408
CCSAO 09/15/2022

were killed with an assault weapon. In six of these 25 deaths, a bullet penetrated the officer's body armor. [19]

19. Law enforcement response, armed security, and concerned citizen response have proven to be slow for the few minutes that assault weapon attacks transpire and have low effectiveness in preventing death and injury in confrontations involving assault weapons. FBI long-trend reports from 2000-2019, determined that 119 of 345 active shooters incidents ended with the attacker committing suicide, 119 were apprehended by police after shooting people and law enforcement, 67 were killed by law enforcement after people and law enforcement were shot, and five perpetrators were still at large. In only four cases did citizens kill the shooters, again after others were shot. [20] Attacks with assault weapons result in death and injury even with on-duty and off-duty law enforcement, armed security, and lawfully armed citizens present or in immediate vicinity or response. [21]

20. Traditional law enforcement tactics are proving inadequate to mitigate the threat posed by assault weapons in criminal hands and even in the hands of people not previously convicted of violent crimes. Law enforcement serving court-authorized warrants have been ambushed. In 2021, two FBI Agents were killed, and three others were injured when fired on through a doorway by a subject with an assault weapon. The attack ended with a SWAT truck ramming the subject's dwelling and driving through into staircase railings to counter the assault weapon's firepower. [22] This individual did not have a prior violent criminal record. Law enforcement response to assault weapon-involved attacks requires highly aggressive officer responses, including specialized weapons, the surging of personnel, increased perimeters, and the mindset to undertake the force of violent action. These incidents increasingly require the tactics such as charging structures with armored vehicles, use of explosives, robots, and drones with explosives.

21. Law enforcement and other persons attempting to defend themselves or others require significant skills, training, practice, and coordinated movement and action to defend and eliminate the active threat of a shooter with an assault weapon, particularly if the perpetrator is well positioned behind protective cover preventing a direct line of fire from defenders. Assault weapons in untrained hands can easily kill a large number of people with little or no training and preparation. The good guy with a gun actually requires

---

[19] https://www.ojp.gov/ncjrs/virtual-library/abstracts/cop-killers-assault-weapon-attacks-americas-police ; Information for the VPC analysis was obtained from the Federal Bureau of Investigation (FBI) under the Freedom of Information Act (FOIA) along with data published by the FBI's Law Enforcement Officers Killed & Assaulted Program for 2016 and 2017. Source: Unpublished FBI data, Law Enforcement Officers Feloniously Killed in the Line of Duty During 2016 and 2017, Type of Weapon, the most recent years for which information is available, excludes Puerto Rico; Bullets from assault rifles penetrated officers protective body armor in incidents in California, Texas, Missouri, and New York, FBI 2016 and 2017 Law Enforcement Officers Killed & Assaulted reports.
[20] https://www.fbi.gov/file-repository/active-shooter-incidents-20-year-review-2000-2019-060121.pdf/view
[21] https://www.nytimes.com/interactive/2022/06/22/us/shootings-police-response-uvalde-buffalo.html
[22] https://www.nytimes.com/2021/02/02/us/fbi-shooting-sunrise-florida.html

VIRAMONTES 003409
CCSAO 09/15/2022

significant training and expertise to confront an attacker safely and still rarely has the opportunity to respond under the surprise circumstances. The armed citizen narrative promoted by the firearms industry is inaccurate in the face of an AR-15, as demonstrated in ten minutes of unreturned fire at the 2017 Las Vegas Concert attack in which 200 law enforcement officers where present.[23]

22. As demonstrated in the 2007 Las Vegas concert attack, a well-placed attacker with an assault weapon is devastatingly effective and decreases the opportunity for effective law enforcement response. Such scenarios also limit escape and protective cover for civilians and law enforcement and require extraordinary law enforcement response measures, including training, equipment, additional personnel, an aggressive mindset, and luck.

23. Based on my experience, law enforcement officers are under profound stress and are increasingly aware of the higher rate of deaths and injuries of officers due to assault weapons, a factor in stress, mental health, recruitment, retention, and performance and well-being of officers. Assault weapons are being used to target and kill law enforcement.[24] Law enforcement officers are increasingly aware of the fact that not all body armor provides adequate protection in a shoot-out.[25] The targeting of law enforcement with assault weapons, among other factors, has contributed to law enforcement agencies' ineffective retention and recruitment of diverse personnel to engage and relate to serving varied community needs.

**No impact on Responsible, Law-abiding Citizen Self-Defense**

24. Based on my experience as a federal Agent, a public safety professional, and my longtime familiarity with the local community and environment as a resident of Cook County, the Cook County's Blair Holt Assault Weapons Ban poses no increased burden on law-abiding citizens' rights and ability to armed self-defense.

25. There are other more suitable firearm choices for personal defense in the most likely but still rare circumstances armed self-defense is justified. Though specific data is lacking, most confrontations involving gunfire are at close range. In fact, most law enforcement agencies weigh their firearm training qualification course shooting protocols to emphasize the 3-10 yard line of fire. Illinois' Conceal Carry Weapon qualification course which requires thirty rounds to be fired at intervals shooting ten at the five-yard line, 10

---

[23] https://www.chicagotribune.com/nation-world/ct-california-police-las-vegas-shooting-20171026-story.html ; https://www.nytimes.com/2017/10/02/us/las-vegas-shooting.html ; https://www.thetrace.org/newsletter/las-vegas-mass-shooting-nra-good-guy-with-a-gun/
[24] https://www.thetrace.org/2016/07/dallas-police-shooting-5-things-to-know-now/
[25] Anything that fires .223 (AK) or 7.62 (AR) defeats traditional patrol Level II body armor. The gun industry produces AK and AR pistols that do the same thing. These cut down models don't have the barrel length to fire a round at around 3000fps like a rifle but at 1200-1500fps they fire at a speed that exceeds traditional pistol rounds that are typically well below 1000fps.

8

at the seven-yard line, and ten at the ten-yard line recognizing that most armed defense takes place within 3-7 yards.[26]

26. As with on-scene and immediately responding law enforcement, legally armed civilians and private security have had limited impact in stopping assault weapon attacks. SEE 16. Armed citizens are taken by surprise, outgunned, and maneuvered by an attacker already killing and injuring others and unable to effectively defend against an assault weapon. Of active shooter incidents analyzed, only sixteen percent ended with a civilian killing the attacker. SEE 16.

27. Assault weapons have been marketed to make civilians feel empowered to counter attackers. In reality, it requires a lot of training, practice, and technical experience that even Law enforcement officers have difficulty implementing in crisis environments. Civilians are often untrained and practiced under the supervision of certified professionals and motivated to acquire assault weapons based on self-image, media, glamour, lack of agency over their own lives, misperceived threats, and risk, and particularly those lacking sufficient social and coping skills, anger management, or suffering acute mental illness, present a greater public safety risk with an assault weapon.

28. Firearms are an effective tool for self-defense, both for law enforcement and civilian use. However, there is a difference between those trained to kill in combat like the military and those that think they can kill due to mass culture and firearm industry portrayal. The paradox is that many poorly or entirely untrained individuals would not be able to use a firearm to defend themselves. In his book *On Killing*, author David Grossman makes a compelling case that one person taking another's life is much more difficult in practice than is portrayed in popular culture, particularly for individuals who have not benefited from operant conditioning training methodologies employed by the military and civilian police agencies [27]

29. The effective implementation of armed defense relies more heavily on factors related to understanding the law and environment, discipline, training, state of mind, knowledge, skills, and practice with a particular firearm, vigilance, situational awareness, time, access, and opportunity, size and location of dwelling, understanding implications of over-penetration risk, bystanders' location and skills, protective cover and luck than access to an assault weapon. All of these factors being even, the best insights indicate that shotguns and 9mm pistols are generally recognized as the most suitable and effective choices for armed defense.

---

[27] David Grossman, retired lieutenant colonel in the United States Army. On Killing, October 1995

VIRAMONTES 003411
CCSAO 09/15/2022

## Conclusion

It is my opinion that assault weapons, as defined in Cook County's Blair Holt Assault Weapons Ban, pose a greatly increased risk to individuals, communities, and institutions, and significantly increase the threat to and burden on law enforcement, organizations, and communities while offering little to no benefit to legal and responsible armed self-defense.

Pursuant to 28 USC §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2022

*Phil Andrew*

_____

Phil Andrew

VIRAMONTES 003412
CCSAO 09/15/2022



# Phil Andrew

Leader in Violence Prevention, Negotiation, & Community Safety

Phil.Andrew@Me.com
(914) 275-5812
600 Green Bay Rd
Kenilworth, IL 60043

## Experience

### PAX Group, LLC - Principal and Founder
2018 – Present
Providing diverse and effective consulting to leaders and organizations around crisis management and team resiliency. Creates and facilitates safe space conversations, assessments, and trainings in order to provide organizations the ability to engage challenging circumstances and conversations and to build resiliency in order to achieve better outcomes. Provides crisis planning and response, investigation management and fact finding, facilitation and team building, project management, and conflict resolution in challenging and dynamic environments.

### DePaul University - Adjunct Instructor
2015 - Present
Instruction graduate level MBA Negotiation, Business Intelligence, Leadership and Ethics courses at DePaul University's Department of Management & Entrepreneurship.

### Archdiocese of Chicago - Director of Violence Prevention
2018 – 2020
Led one of the largest Archdioceses and private school system in the nation violence prevention mission and safety initiatives. Responsible for all aspects of safety, programs, and collaborative partnerships across the spectrum of social services addressing all aspects of violence and responses Catholic agency response. Provided counsel to the Archbishop on matters related to safety and violence. Led a coalition of inter-religious communities in advocacy and awareness for violence prevention.

### Federal Bureau of Investigation - Special Agent
1997 - 2018: Chicago, Illinois; New York, New York; Topeka, Kansas

**FBI Chicago Division, 2011 – 2018**
Focus areas: Intelligence, Public Corruption, Gun Violence, Financial Fraud, Counterterrorism, Counterintelligence and Crisis Management, Behavior Analysis, and Covert Operations. Key roles and responsibilities include:

#### Human Intelligence Branch
Responsible for identifying and creatively fulfilling intelligence requirements through liaison and overt and covert techniques. Function as an internal consultant managing special projects, establishing best practices, and developing and maintaining strategic relationships. Train and mentor team members and manage complex investigations.

#### Crisis Negotiation Team Leader
Provide day-to-day leadership and management of hostage negotiations. Responsible for high risk and sustained engagement, decision making in complex and dynamic crisis environments. Brief and advise senior management, victims' families, and corporate leadership on status and options on a move-forward basis. Responded successfully to numerous domestic and international kidnapping/ransom incidents demanding timely implementation of negotiation strategy and national and international coordination.

## Education

**DePaul University College of Law**
1995 - J.D.

**University of Illinois**
1990 - B.A. History & Political Science

## Subject Matter Expert

- Violence Prevention and Safety
- Crisis Planning, Response, and Communication
- Gun Violence, Workplace Violence, School Violence, Community Violence
- Law Enforcement, FBI, Crime, Police Reform, School Resource Officers, Police Abuse, Complex Investigation, Government Fraud
- Terrorism & Counterterrorism, Counterintelligence, National Security
- International, Corporate and Political Espionage
- Spying Insider Threats
- Threat Analysis, Social Media Threat and Violence, Stalking, Behavior Analysis
- Hostage Taking, International Kidnapping and Ransom
- Business Negotiation and Crisis Communication
- Background Checks, Travel and Personal Safety, Corporate Security

VIRAMONTES 003413
CCSAO 09/15/2022

Phil Andrew: Leader in Violence Prevention, Negotiation, & Community Safety                                                2

### Joint Terrorism Task Force

Managed and directed FBI Joint Terrorism Task Force Investigations. Led, trained, and mentored a team of special agents, TFOs, and analysts in criminal and national security investigations, resulting in critical intelligence, disruptions and arrests.

### Adjunct Instructor and Presenter

Designed and presented training and instruction in negotiation, crisis negotiation and management, terrorism, interviewing, interrogation, major case management, and violent and sex crime investigations for the FBI Academy and numerous other major law enforcement organizations.

## FBI New York Office, 2003 – 2011

Focus areas: National Security, Crisis Management, and Rapid Deployment Team. Key roles and responsibilities included:

### Covert Operations and Project Manager

Managed and directed FBI covert operations. Functioned as an internal consultant providing subject matter and operational expertise in national security cases. Coordinated with U.S. Intelligence community stakeholders including CIA, DHS, Commerce, and DOS. Selected, led and mentored a team of special agents and analysts for customized operations, providing critical and actionable information for the intelligence community and policy makers. Consistently recognized and awarded for creative and substantive contributions and best practices.

### Crisis Negotiation Team Coordinator

Trained hundreds of LEOs nation-wide and internationally. Day-to-day leadership and management of an enhanced team of hostage negotiators, developed SOPs, and served as primary negotiator in numerous international kidnappings.

### Instructor and Presenter

Designed and presented training for the FBI Academy, John Jay College, New York City Police Department, West African Police, and numerous other international law enforcement organizations in crisis negotiation. Trained hundreds of local and state law enforcement officers in crisis response, critical incident management, active listening and negotiation. Keynote speaker at numerous national and international Crisis and Hostage Negotiator Conferences.

## FBI Kansas City Division, Topeka Resident Agency, 1997 – 2003

Roles and responsibilities included:

### Case Agent

Conducted investigations of federal crimes, counterterrorism and counterintelligence. Led broad range of successful investigations from initial response to conviction, including evidence collection, lead coverage, interviews and interrogations. Developed exceptional liaison relationships with multiple agencies fostering a cohesive team approach to investigations. Specific expertise in bank robberies, economic espionage, computer intrusions, violent crimes to include child abductions, drug and gun crimes.

### Relief Supervisor

Mentored and trained new agents and established effective liaison with mission partners. Responsible for all aspects of squad's operational activity, including briefing senior management, approving investigative reports, fulfilling procedural and legal requirements, and internal and external communication.

## Service & Leadership

Community Sense, Social Media Violence Intervention Platform - Board Member
2015 - Present

Ouilmette Foundation for the Parks - Board Member
2015 - Present

Wildcat Aquatics Age Group Swimming Team, Evanston, IL – Coach
2011-Present

Loyola Academy, Quo Vitas Keynote and Hall of Fame Committee
2011-Present

Illinois Governor JB Pritzker – Public Safety Transition Committee
2019

City of Chicago Violence Reduction Working Group
2018-2020

Chicago Mayor Lori Lightfoot – Public Safety Transition Committee
2019

Badger Age Group Swimming Team, Larchmont, NY – Coach
2006-2011

Headquarters Counseling, Lawrence, KS - Board Vice President
2000-2003

Center for Conflict Resolution, Chicago, Illinois - Mediator
1994-1997

### Program Development and Case Management

Received FBI Merit Awards for the proactive development and management of a complex multi-agency undercover investigation requiring extensive coordination with Division heads and representatives of the FBI and CIA and DHS. Program was recognized as a national model of successful interagency cooperation.

### Joint Terrorism Task Force (Topeka, KS)

Responsible for developing and directing regional JTTF. Selected, managed and trained task force officers in terrorism and national security investigations. Established and maintained extensive liaison with local, state, and federal law enforcement and intelligence counterparts. Interfaced effectively with a wide network of corporate, community, and religious leaders - developing a comprehensive knowledge base and threat matrix analysis.

### Assistant Legal Attaché, FBI Legat (Cairo, Egypt)

Responsible for developing and directing regional JTTF. Selected, managed and Supported high-priority criminal and major terrorism investigations. Briefed senior Egyptian law enforcement and U.S. Embassy personnel on fast-developing investigations. Coordinated investigative efforts with foreign law enforcement and FBIHQ.

### Supervisory Special Agent

National Infrastructure Protection Center, FBIHQ. Coordinated the investigation of and developed comprehensive guidelines for national and international computer intrusion investigations. Prepared briefs for the FBI Director on major Cyber case developments. Presented to DOJ a complex computer fraud and Economic Espionage Act case for prosecution.

## Chicago Housing Authority – Assistant General Counsel
1995-1997

### Litigation and Counsel

Served as general and litigation counsel for one of the largest public housing entities in the country. Provided counsel in commercial and real estate transactions. Drafted and executed contracts and corporate fillings. Represented the CHA in numerous tort and eviction cases. Managed high-volume case load and tried bench and jury trials. Researched, drafted, and argued motions before the court. Conducted numerous arbitrations, mediations, and depositions.

### Program Development

Developed and implemented innovative training program for CHA police and housing development managers in the implementation of standardized procedures in violence reduction strategies and for-cause eviction processes for drug, weapons, and violence cases.

## Illinois Council Against Handgun Violence, Inc. - Executive Director
1992-1995

### Executive Management

Responsible for overall leadership and management of the nonprofit. Reported to and advised the Board of Directors. Developed and directed all programs, fundraising, budget, public relations, and strategic planning. Managed staff and volunteers. Oversaw expansion of public education programs, with funding, publicity and membership increasing by a factor of 10. Successfully presented dozens of funding proposals to corporate and community foundations including the Joyce Foundation and The Chicago Community Trust.

## Service & Leadership
### (Continued)

Illinois Council Against Handgun Violence - Board Chairperson
1995 - 1997

Chicago Bar Association - Criminal Law and Legislation Committees
1996-1997

Loyola Academy, Wilmette, Illinois - Case Statement Committee
1993

Illinois Firearm Transfer Identification - Governor's Blue-Ribbon Committee
1992 - 1994

## Honors

U.S. House of Representatives Award for Outstanding Courage & Heroism

Illinois State Bar Association Service Award

CIA Outstanding Service Award

Numerous FBI Service, Achievement, and Merit Awards

NCAA Valor Award Nominee

George Huff Athletic/Academic Award

Captain of University of Illinois Swim Team

Loyola Academy Athletic

### Public Policy and Public Relations

Developed a complete public education and legislative strategy, including the drafting of legislation. Regularly provided testimony, addressing community and religious organizations, including the Illinois Senate, U.S. Congressional Hearing on Violence in America, and the National Safety Council. Served as a Panel Expert, ABC's Good Morning America, Round Table Discussion of Parental Liability. Extensive debate and live television and radio interview experience, including *Oprah*, *Donahue*, and *Frontline*. Recognized for innovative litigation strategy directed at curbing firearm violence.

### Community Outreach and Coalition Building

Developed and coordinated grassroots lobbying initiatives and oversaw broad-based regional coalition-building projects. Efforts focused on public awareness and implementation of evidence-based violence reduction strategies, securing over 100 professional and community member organizations.

## Contact

Phil.Andrew@Me.com
(914) 275-5812
600 Green Bay Rd
Kenilworth, IL 60043

## Training & Speaking Engagements

### Adjunct Instructor and Presenter

Design and present training and instruction in leadership, mentorship, communication and group/team dynamics, risk management, strategy formulation, adaptation, resilience, crisis negotiation, terrorism, interviewing, interrogation, major case management, violence and sex crimes for organizations including:

- FBI Academy and FBI National Academy
- Federal Executive Board – Great Lakes region and GSA
- Google
- Advocate Health Care
- Catholic Charities Chicago
- Family Action Network
- United States Conference of Catholic Bishops
- University of Notre Dame, ESTEEM
- University of Chicago Booth School of Business & School of Psychology
- Chicago School of Professional Psychology
- NYPD, CPD, Portland PD, Canadian Royal Mounted Police, Calgary PD, NJSP
- Middle East Law Enforcement Training Academy
- Cleveland Airport Authority
- US Coast Guard
- FBI InfraGuard
- Chief Financial Officers Association
- Keynote: CA, NY, New England, FL, Western States, WI, MI, OH, KS, MO, IN Crisis/Hostage Negotiator Conferences

VIRAMONTES 003416
CCSAO 09/15/2022