# EXHIBIT 16

**Expert Report of**
**Jillian K. Peterson, PhD**
**for**
**Cook County State's Attorney's Office**

**Background and Qualifications**

I am Jillian Peterson, PhD, Associate Professor of Criminology and Criminal Justice and Director of the Forensic Psychology program at Hamline University in Saint Paul, Minnesota. I am also Co-founder and Co-president of The Violence Project Research Center, best known for its public database of mass shooters in the United States. I received my PhD in Psychology and Social Behavior from University of California, Irvine, and have been involved in a number of research studies in the area of mental illness and crime. Most recently, I was Principal Investigator of a National Institute of Justice-funded study into the psychosocial life histories of mass shooters, which culminated in the award-winning book, *The Violence Project: How to Stop a Mass Shooting Epidemic* (Abrams, 2021). I am a nationally recognized expert, trainer, speaker, and media commentator on the psychology of mass shootings.

I have never testified as a witness at trial or by deposition before. I am being paid $250 an hour for my work on this case. My full CV is attached.

**Peer Reviewed Publications:**

- **Peterson, J.K.,** Densley, J., Knapp, K., Higgins, S., & Jensen, A. (2022). Psychosis and mass shootings: A systematic examination using publicly available data. *Psychology, Public Policy, and Law, 28*(2), 280–291. https://doi.org/10.1037/law0000314

- **Peterson, J.K.,** Erickson, G., Knapp, K. & Densley, J. (2021). Communication of intent to do harm preceding public mass shootings in the United States, 1966-2019. *JAMA Network Open, 4*(11), e2133073. doi:10.1001/jamanetworkopen.2021.33073

- **Peterson, J.K.,** Densley, J., & Erickson, G. (2021). Presence of armed school officials and fatal and nonfatal gunshot injuries during mass school shootings, United States, 1980–2019. *JAMA Network Open,4*(2): e2037394.

- **Peterson, J.K.,** Densley, J., & Erickson, G. (2019). Evaluation of "The R-Model" crisis intervention de-escalation training for law enforcement. *The Police Journal, online first.*

- **Peterson, J.K.** & Densley, J. (2018). Is Crisis Intervention Team (CIT) training evidence-based practice? A systematic review. *Journal of Crime and Justice, 41,* 521-534.

1

- **Peterson, J.K.,** & Densley, J. (2017). Cyber violence: What do we know and where do we go from here? *Aggression and Violent Behavior, 35*, 193-200.

- Densley, J., & **Peterson, J.K** (2017). Group aggression. *Current Opinion in Psychology, 19,* 43-48.

- **Peterson, J.K.,** & Silver, R. C. (2017). Developing an understanding of victims and violent offenders: The impact of fostering empathy. *Journal of Interpersonal Violence, 32*, 399-422.

- Skeem, J.L., Kennealy, P., **Peterson, J.K.,** Appelbaum, P., & Monahan, J. (2016). Psychosis uncommonly and inconsistently precedes violence among high risk individuals. *Clinical Psychological Science,* 4(1), 40-49.

- **Peterson, J.K.,** & Heinz, K.V. (2016). Understanding offenders with serious mental illness in the criminal justice system. *Hamline Mitchell Law Review, 42*(3), article 3.

- **Peterson, J.K.**, Sackrison, E., & Polland, A. (2015). Preparing for possible shootings on campus: The impact on students. *Journal of Threat Assessment and Management, 2,* 127-138.

- **Peterson, J.K.,** Skeem, J.L., Kennealy, P., Bray, B., & Zvonkovic, A. (2014). How often and how consistently is criminal behavior preceded by symptoms for offenders with mental illness? *Law and Human Behavior, 38,* 439-449.

- Louden, J.E., Skeem, J.L., Camp, J., Vidal, S., & Peterson, J.K. (2012). Supervision practices in specialty mental health probation: What happens in officer-probationer meetings? *Law and Human Behavior, 36,* 109-119.

- **Peterson, J.K.,** Skeem, J.L., & Manchak, S. (2011). If you want to know, consider asking: How likely is it that a patient will hurt themselves in the future? *Psychological Assessment, 23,* 626-634.

- Skeem, J.L., Manchak, S., & **Peterson J.K.** (2011). Correctional policy for offenders with mental illness: Creating a new paradigm for recidivism. *Law and Human Behavior, 35,* 110-126.

- **Peterson, J.K.**, Skeem, J.L., Hart, E., Vidal, S., & Keith, F. (2010). Comparing the offense patterns of offenders with and without mental disorder: Exploring the criminalization hypothesis. *Psychiatric Services, 61,* 1217-1222.

**Books and  Book Chapters:**

- **Peterson, J.K.** & Densley, J. (2021). *The Violence Project: How to stop a mass shooting epidemic.* New York: Abrams Press.

- Densley, J. & **Peterson, J.K.** (2017). Aggression between social groups. In B.

2

Bushman (ed.), *Aggression and violence: A social psychological perspective.* New York: Psychology Press.

- Skeem, J.L., & **Peterson, J.K.** (2012). Identifying, treating, and reducing risk for offenders with mental illness. In Petersilia, J.& Reitz, K. (Eds.). *The Oxford Handbook of Sentencing and Corrections.* New York: Oxford University Press.

- Skeem, J.L., **Peterson, J.K.,** Silver, E. (2011). Toward research-informed policy for high-risk offenders with serious mental illness. In McSherrey, B. & Keyser, P. (Eds.), *Dangerous People: Policy, Prediction, and Practice.* New York: Routledge.

**Other Published Works:**

- Densley, J., & **Peterson, J.** (2022). *The steps we can take to reduce mass shootings in America*. *Time Magazine.*

- Densley, J., & **Peterson, J.** (2022). What we know about mass school shootings in the U.S. – and the gunmen who carry them out. *The Conversation.*

- Densley, J., & **Peterson, J.** (2022). Accused Buffalo mass shooter had threatened a shooting while in high school. Could more have been done to avert the tragedy? *The Conversation.*

- Densley, J., & **Peterson, J.** (2022). Hate is not at the root of most mass shootings. *Washington Post.*

- **Peterson, J.,** & Densley, J. (2022). More mass shootings are happening at grocery stores - 13% of shooters are motivated by racial hatred, criminologists find. *The Conversation.*

- Riedman, D., Densley, J. & **Peterson, J.** (2021). School closures are costly caution - but are still not enough to prevent tragedies. *Star Tribune.*

- Riedman, D., **Peterson, J., &** Densley, J. (2021).Assessing shooting threats is a matter of life or death: Why aren't experts better at it?. *Education Week.*

- Densley, J., & **Peterson, J.** (2021). The Powerful message behind charging the parents in the Michigan school shooting. *Los Angeles Times.*

- Densley, J., & **Peterson, J.** (2021). School shootings are at a record high this year - but they can be prevented. *The Conversation.*

- Densley, J., Riedman, D., & **Peterson, J.** (2021). The rise in school shooting threats is alarming - and a cry for help**.** *Los Angeles Times.*

3

VIRAMONTES 003910
CCSAO 09/15/2022

- **Peterson, J.,** Densley, J., & Riedman, D. (2021). <u>School shootings are increasing – and changing. Easily accessible guns are to blame.</u> *Washington Post.*

- Riedman, D., Densley, J., & **Peterson, J.** (2021). <u>One second from Columbine at Lehigh Acres</u>. *Florida Sun Sentinel.*

- Riedman, D., **Peterson, J., &** Densley, J. (2021). <u>Students, teachers must feel safe to report school shooting threats.</u> *The Tennessean.*

- Densley, J. & **Peterson, J.** (2021). <u>Knoxville school shooting serves as a stark reminder of the familiar - but preventable - threat.</u> *The Conversation.*

- **Peterson, J.** & Densley, J. (2021). <u>Why mass shootings stopped in 2020 and are now roaring back</u>. *Los Angeles Times.*

- **Peterson, J.** & Densley, J. (2020). <u>US Gun Violence: Too many people have died in 2020- and COVID played a larger part than you think.</u> *The Conversation*.

- Shaefer, S., **Peterson, J.,** Greenman, S., Erickson, G. (2020). <u>Hamline Professors: If they want to improve police in Minnesota, legislators need to know this.</u> *Pioneer Press.*

- Erickson, G., Greenman, S., **Peterson, J.,** & Schaefer, S. (2020). <u>Break the cycle: Five changes in Minnesota policing that can be enacted right now.</u> *MinnPost.*

- **Peterson, J.** & Densley, J. (2019). <u>Why do people attack places of worship?  Here's what we know from our mass shootings database</u>. *Los Angeles Times.*

- **Peterson, J.** & Densley, J. (2019). <u>There is no single profile of a mass shooter. Our data show there are five types</u>. *Los Angeles Times*.

- **Peterson, J.** & Densley, J. (2019). <u>What school shooters have in common</u>. *Education Week.*

- Densley, J., & **Peterson, J.** (2019). <u>We analyzed 53 years of mass shooting data. Attacks aren't just increasing, they're getting deadlier.</u> *Los Angeles Times.*

- **Peterson, J. &** Densley, J. (2019). <u>We have studied every mass shooting since 1966. Here's what we've learned about the shooters</u>. *Los Angeles Times.*

- **Peterson, J.P.,** & Densley, J. (2019). <u>University of North Carolina at Charlotte shooting had these things in common with other campus shootings</u>.  *The Conversation.*

- **Peterson, J.P.,** & Densley, J. (2019). <u>How Columbine became a blueprint for school shooters</u>. *The Conversation.*

- Densley, J., & **Peterson, J.P.** (2019). <u>Terrorism is a performance. Stop watching.</u>

VIRAMONTES 003911
CCSAO 09/15/2022

*Star Tribune.*

- Densley, J., & **Peterson, J.P.** (2019). We can do more to prevent workplace shootings like Aurora, Illinois.  *USA Today.*

- **Peterson, J.P.,** & Densley, J. (2019).  School shooters usually show these signs of distress long before they open fire, our database shows. *The Conversation.*

- **Peterson, J.P.,** & Densley, J. (2019).  Colorado shooting eerily recalls Columbine massacre. *The Conversation.*

- **Peterson, J.P.,** & Densley, J. (2019). School Shootings: What Administrators Need to Know. *Minnesota Association of School Administrators Leadership Forum.*

- **Peterson, J.P.,** & Densley, J. (2018).  Preventing mass school shootings?  Here's a key first step. *Star Tribune.*

- **Peterson, J.P.,** & Densley, J. (2018). Police crisis intervention training: We need a new paradigm, not a new building. *MinnPost.*

- **Peterson, J.P.,** & Densley, J. (2018). The usual approach to school security isn't working. *CNN.*

- **Peterson, J.P.,** & Densley, J. (2017). How social media sends extremism into overdrive. *CNN.*

- Densley, J. & **Peterson, J.P.** (2017). Verdict in police shooting of Philando Castile: The fear defense should have us all afraid. *Star Tribune.*

- **Peterson, J.P.,** & Densley, J. (2017). Why the trend of posting gruesome acts online? *Star Tribune.*

- **Peterson, J.P.,** & Schaefer, S. (2016). For police training, do the research to figure out what works. *Pioneer Press.*

- Mason, A.M. & **Peterson, J.P.** (2016). Counterpoint: Untangling the roots of school violence. *Star Tribune.*

- **Peterson, J.K.,** & Brown, J. (2015). Psychopathy in the criminal justice system. *Minnesota Corrections Association Forum, Volume 38.*

- **Peterson, J.K.,** & Brown, J. (2015). Psychopathy: What mental health professionals need to know. *Minnesota Marriage and Family Therapy, Volume 33 (3).*

- **Peterson, J.K.** (2015). Mental illness and violence: Not so easy to connect the dots. *Star Tribune.*

VIRAMONTES 003912
CCSAO 09/15/2022

**Summary of Opinions**

The self-loading assault weapons combined with large capacity magazines prohibited under the Blair Holt Assault Weapons Ban (Ord. No. 13-O-32, adopted July 17, 2013) are extremely dangerous compared to non-self-loading firearms because:

1. They are disproportionately represented in mass shootings;
2. They cause more deaths and injuries than other types of firearms used in mass shootings;
3. They facilitate aggression in users due to the psychological processes of "social proof" and "the weapons effect";
4. They cause long-term psychological consequences for the broader community, even for those not physically harmed in a shooting.

The opinions contained herein are made pursuant to a reasonable degree of professional certainty.

**Key Findings and Discussion**

**Defining a Mass Shooting**

- Some sources define mass shootings as incidents in which three or more victims were shot *and* killed, not including the perpetrator, while others use a threshold of four or more killed. Some sources define a mass shooting as any incident in which four or more people were shot *or* injured, which greatly increases the incident count. Some sources include domestic violence, gang conflict, drug trade disputes, or robberies in their numbers, whereas others focus on more indiscriminate mass *public* shootings (for a review, see https://www.rand.org/research/gun-policy/analysis/essays/mass-shootings.html). In my own work, I follow the Congressional Research Service definition, as follows:

  *"a multiple homicide incident in which four or more victims are murdered with firearms—not including the offender(s)—within one event, and at least some of the murders occurred in a public location or locations in close geographical proximity (e.g., a workplace, school, restaurant, or other public settings), and the murders are not attributable to any other underlying criminal activity or commonplace circumstance (armed robbery, criminal competition, insurance fraud, argument, or romantic triangle)."*

**The Violence Project Study of Mass Shootings**

- The Violence Project Study of Mass Shootings is a three-year study, funded by the National Institute of Justice (NIJ Award #2018-75-CX-0023), to build a database of mass public shootings and conduct interviews with mass shooting perpetrators,

6

VIRAMONTES 003913
CCSAO 09/15/2022

families, survivors, and first responders. I was the principal investigator of this study, leading the project team for all three years. The goal of the project was to understand the psychosocial life histories of mass shooters. The database includes 177 mass shootings perpetrated by 181 mass shooters (in 4 cases there were two perpetrators acting together) between 1966 and May 2022, coded on nearly 200 different life history variables. The database also tracks every firearm used in those mass shooting. The database is freely publicly available at www.theviolenceproject.org).

- To build the database, my research team used the following sources:

  *Primary Sources:*
  - Written journals / "manifestos" / suicide notes etc.
  - Social media and blog posts
  - Audio and video recordings
  - Interview transcripts
  - Personal correspondence with perpetrators

  *Secondary Sources (all publicly available):*
  - Media (television, newspapers, magazines)
  - Documentary films
  - Biographies
  - Monographs
  - Peer-reviewed journal articles
  - Court transcripts
  - Law Enforcement records
  - Medical records
  - School records
  - Autopsy reports

  *Census Variables:*
  - U.S. Census Bureau
  - FBI Uniform Crime Reports
  - Google Maps

- Informed by existing datasets, the research literature, and frequently asked questions about mass shooters, the research team generated a list of variables to be coded and created a codebook to define and detail how to code them. The codebook was then piloted on a small random sample of test cases and refined based on user-experience (Peterson & Densley, 2021).

- Once the codebook was finalized and coders were trained in its use, the database was populated as follows:

  1. Each mass shooter meeting the inclusion criteria (see definition above) was investigated twice by two separate coders, working independently from each other.

7

VIRAMONTES 003914
CCSAO 09/15/2022

2. The two resulting datasets were then merged and compared.
3. Any discrepancies were flagged and reconciled by consensus of the Principal Investigator Dr. Jillian Peterson and Co-Principal Investigator Dr. James Densley, who did their own fact-checking and weighed the quality and quantity of the evidence, typically giving precedence to primary source material.
4. The database was then divided up among the original coders and independently checked again.
5. Finally, the Database Manager conducted a full and final check, scrutinizing each and every cell.
6. Jillian Peterson and James Densley answered any queries resulting from the final check before approving publication. Responsibility for the contents of the database thus lies solely with them.

**Assault Weapons are Disproportionately Used in Mass Shootings**

- The Violence Project database follows the Federal Assault Weapons Ban of 1994 (https://www.congress.gov/bill/103rd-congress/house-bill/4296/) definition that any semi-automatic gun that can accept a detachable ammunition magazine and that has one or more additional features considered useful in military and criminal applications but unnecessary for sports or self-defense, such as a folding, telescoping or thumbhole rifle stock, qualifies as an "assault weapon".

- Assault weapons are rarely used in the commission of crime—only about 1% of all firearm homicides are perpetrated with one, according to FBI expanded homicide data (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/tables/expanded-homicide-data-table-8.xls). But when it comes to mass shootings, assault weapons are massively overrepresented.

- According to our research, 21% of the total number of guns used in mass shootings that killed four or more people in a public space from 1966 to 2022 were assault weapons (Table 1 – 82 of 388 guns). When looking at shootings, at least one assault weapon was used in 27.7% of those mass shootings (49 out of 177 mass shootings; Peterson & Densley, 2021). The 2017 Las Vegas shooter brought 22 assault weapons to the crime scene.

8

**Table 1: Firearms used in 177 mass public shootings (n=388)**

| Type of Firearm | # firearms used in mass public shootings | % of all firearms used in mass public shootings |
|---|---|---|
| Handguns | 217 | 56% |
| Shotguns | 43 | 11% |
| Rifles | 46 | 12% |
| Assault Weapons | 82 | 21% |

*Notes: a handgun has a short barrel; a shotgun has a long barrel and usually has a smooth bore; a rifle has a long barrel with rifling, which puts spin on the bullet, increasing accuracy and distance; an assault weapon is any semi-automatic gun that can accept a detachable ammunition magazine that has one or more additional features considered useful in military and criminal applications but unnecessary for sports or self-defense, such as a folding, telescoping or thumbhole rifle stock.*

VIRAMONTES 003916
CCSAO 09/15/2022



**Number of Assault Rifles Used in a Shooting by Year**

Data from The Violence Project's Mass Shooter Database
https://www.theviolenceproject.org/mass-shooter-database/

- An analysis of The Violence Project database by *The New York Times* in 2022 (https://www.nytimes.com/interactive/2022/06/04/upshot/mass-shooting-gun-laws.html)  found that 30 percent of mass shootings from April 1999 to May 2022 (23 years) involved guns that were banned under the now-expired 1994 federal assault-weapons law, as follows:

  13 killed and 23 injured at Columbine High School in Littleton, Colo. (April 1999)
  7 killed at an office in Wakefield, Mass. (Dec. 2000)
  4 killed and 4 injured at a factory in Melrose Park, Ill. (Feb. 2001)
  5 killed and 2 injured in multiple locations in Sacramento (Sept. 2001)
  6 killed and 2 injured in a rural hunting area in Birchwood, Wis. (Nov. 2004)
  8 killed and 5 injured at a mall in Omaha (Dec. 2007)
  4 killed and 5 injured at a youth center and a church in Arvada, Colo. (Dec. 2007)
  4 killed in a parking lot in Mt. Airy, N.C. (Nov. 2009)
  4 killed and 7 injured at an IHOP restaurant in Carson City, Nev. (Sept. 2011)
  12 killed and 70 injured at a movie theater in Aurora, Colo. (July 2012)
  27 killed and 1 injured at an elementary school in Newtown, Conn. (Dec. 2012)
  5 killed and 3 injured in multiple locations in Santa Monica, Calif. (June 2013)
  5 killed and 2 injured at two military centers in Chattanooga, Tenn. (July 2015)
  14 killed and 22 injured at a social services center in San Bernardino, Calif. (Dec. 2015)
  49 killed and 53 injured at the Pulse nightclub in Orlando, Fla. (June 2016)
  5 killed and 7 injured during a protest in Dallas (July 2016)

10

VIRAMONTES 003917
CCSAO 09/15/2022

58 killed and 887 injured at a country music festival in Las Vegas (Oct. 2017)
25 killed and 20 injured at a Baptist church in Sutherland Springs, Texas (Nov. 2017)
5 killed and 12 injured in multiple locations in Rancho Tehama Reserve, Calif. (Nov. 2017)
4 killed and 1 injured at a car wash in Saltlick Township, Pa. (Jan. 2018)
17 killed and 17 injured at a high school in Parkland, Fla. (Feb. 2018)
4 killed and 4 injured at a Waffle House in Nashville (April 2018)
11 killed and 6 injured at a synagogue in Pittsburgh (Oct. 2018)
23 killed and 26 injured at a Walmart in El Paso (Aug. 2019)
9 killed and 37 injured outside a bar in Dayton, Ohio (Aug. 2019)
7 killed and 23 injured in multiple locations in Odessa, Texas (Aug. 2019)
4 killed and 3 injured at a kosher market in Jersey City, N.J. (Dec. 2019)
4 killed and 3 injured at a gas station in Springfield, Mo. (March 2020)
10 killed and 1 injured at a grocery store in Boulder, Colo. (March 2021)
8 killed and 7 injured at a FedEx warehouse in Indianapolis (April 2021)
10 killed and 3 injured at a grocery store in Buffalo (May 2022)
21 killed and 17 injured at an elementary school in Uvalde, Texas (May 2022)

- Furthermore, extended magazines were used in a fifth of all mass shootings since 1999, including:

  13 killed and 4 injured at an immigration center in Binghamton, N.Y. (April 2009)
  13 killed and 32 injured at Fort Hood in Killeen, Texas (Nov. 2009)
  4 killed and 2 injured at a restaurant in Los Angeles (April 2010)
  6 killed and 13 injured outside a supermarket in Tucson, Ariz. (Jan. 2011)
  12 killed and 70 injured at a movie theater in Aurora, Colo. (July 2012)
  5 killed and 3 injured in multiple locations in Santa Monica, Calif. (June 2013)
  14 killed and 22 injured at a social services center in San Bernardino, Calif. (Dec. 2015)
  6 killed and 2 injured in multiple locations in Kalamazoo, Mich. (Feb. 2016)
  49 killed and 53 injured at the Pulse nightclub in Orlando, Fla. (June 2016)
  5 killed and 7 injured during a protest in Dallas (July 2016)
  5 killed at a mall in Burlington, Wash. (Sept. 2016)
  58 killed and 887 injured at a country music festival in Las Vegas (Oct. 2017)
  25 killed and 20 injured at a Baptist church in Sutherland Springs, Texas (Nov. 2017)
  12 killed and 21 injured at a country music bar in Thousand Oaks, Calif. (Nov. 2018)
  12 killed and 4 injured at a municipal building in Virginia Beach (May 2019)
  23 killed and 26 injured at a Walmart in El Paso (Aug. 2019)
  9 killed and 37 injured outside a bar in Dayton, Ohio (Aug. 2019)
  9 killed at a light rail yard in San Jose, Calif. (May 2021)
  10 killed and 3 injured at a grocery store in Buffalo (May 2022)
  21 killed and 17 injured at an elementary school in Uvalde, Texas (May 2022)

- At least 19 percent of all mass shootings in the database involved assailants who upgraded their guns with magazines that were larger than those that came standard with their weapons, including several with the largest death counts. Note, the database defines "extended-capacity" magazines as ones where the gun's standard

11

VIRAMONTES 003918
CCSAO 09/15/2022

magazine is replaced with a larger one. If the standard magazine came with 30 bullets and was not replaced, therefore, it was not counted. As such, the above list is an undercount because shootings like Sandy Hook in 2012, where the assailant used several 30-round magazines that came standard with the Bushmaster XM15 rifle he used, are omitted.

**Mass Shootings that Involve Assault Weapons Have More Deaths and Injuries**

- In the Violence Project database, perpetrators who used assault weapons killed and injured significantly more people than perpetrators who used other types of firearms. There are currently 49 shootings in the database where an assault weapon was used and 128 shootings where an assault weapon was not used. When an assault weapon was used, an average of 10 people were killed (versus 6 when an assault weapon was not used), and an average of 29 people were injured (versus 5 when an assault weapon was not used). If we remove the 2017 Las Vegas mass shooting as an outlier due to the high number of deaths and injuries, the results remain statistically significant. When assault weapons were used, an average of 9 people were killed (versus 6 when an assault weapon was not used), and an average of 11 people were injured (versus 5 when an assault weapon was not used).

- In a separate study, we analyzed 133 school shootings where either more than one person was shot or the perpetrator came heavily armed with the intention of firing indiscriminately at multiple people from 1980-2019 based on public data from the K12 School Shooting Database at the Center for Homeland Defense and Security (https://www.chds.us/ssdb/). The findings show that the use of an assault weapon was the number one predictor of the number of casualties in these cases, meaning that significantly more people died in attacks where an assault weapon was present versus attacks where an assault weapon was not (Peterson, Densley, & Erickson, 2020)

**Theory and Research on Why Assault Weapons are Disproportionately Used in Mass Shootings**

- Mass shooters who use assault rifles follow in the footsteps of other mass shooters who have used them to achieve high body counts (Peterson & Densley, 2021). The weapon communicates fear and intimidation of others, which is precisely the goal of mass shootings. Great lethality makes assault weapons attractive to people who seek to do great harm (Peterson & Densley, 2021).

- The above speaks to two psychological phenomena:

1. The first is known as the "weapons effect", which comes from an experiment conducted by Berkowitz and LePage in 1967. During the experiment, male college students were tested in pairs (one of them was actually involved in the experiment) and the pairs evaluated each other's performance on a task using either seven

shocks or zero shocks, which was used as a measure of aggression. Different items were placed on the table in front of the participant, which they were asked to ignore. When a revolver was placed on the table, participants were significantly more aggressive (Berkowitz & LePage, 1967).

A meta-analysis of studies of the weapons effect from 1967 to 2017 looked at 78 independent studies involving 7,668 participants. Overall, the meta-analysis concluded that the mere presence of weapons increased aggressive thoughts and aggression (Benjamin, Kepes, & Bushman, 2017)

2. The second psychological phenomenon is called "social proof", which explains why criminals (and non-criminals) tend to copy one another. Social proof, a term coined by Robert Cialdini in his 1984 book *Influence*, is like safety in numbers or the wisdom of crowds (Cialdini, 1984).  When we don't know what to do, we look to others for social cues that validate our own actions.

Like genre conventions in movies and pop culture, many mass shooters conform to expectations of *what mass shooters do*, mimicking those who came before, then adding their own flourishes (Peterson & Densley, 2021). One mass shooting creates social proof for the next mass shooting and so on, until eventually there is a generalized knowledge about mass shootings that resides in all of us. This script guides behavior and also tells participants what to expect — a mass shooting isn't a mass shooting until it looks like a mass shooting. Social proof thus explains the preponderance of assault weapons in these events — the same "props" other shooters have used, thus giving them meaning beyond any intrinsic use (Peterson & Densely, 2021).

Mass shootings are also a form of what criminologist Ray Surette calls violent "performance crime" (Surette, 2015). Performance crime is predicated on a kind of exhibitionism and desire to be publicly identified as the performer of the violence (Yar, 2012). Its perpetrators are inspired by the attention that will inevitably result from the actions—they want notoriety, to become legends in their crime or death (Bushman, 2017). The past five years have seen a rise in shootings motivated by fame-seeking according to our data, and the idolization of fame drives as many as a quarter of all mass shooters (Peterson & Densley, 2021). One 2016 study found that mass killers who expressed a celebrity-seeking motive killed twice as many people as those who did not (Lankford, 2016).

The Violence Project Database shows the role of social proof when it comes to using assault rifles in mass shootings. There were 42 perpetrators in the database who studied previous shooters prior to committing their shooting. Of those perpetrators, 45% used an assault rifle versus only 22% of perpetrators who did not study prior shooters (this difference is statistically significant).

VIRAMONTES 003920
CCSAO 09/15/2022

**Mass Shootings Cause Great Psychological Harm to Survivors**

- Survivors of mass shootings report a broad range of emotions such as anger, sadness, fear, frustration, helplessness, and an eroded sense of safety and trust (U.S. Department of Veteran Affairs, 2020).

- Survivors of mass shootings also report symptoms of depression, anxiety, cognitive issues, and post-traumatic stress disorder (Substance Abuse and Mental Health Services Administration [SAMHSA], 2017).

- According to the National Center for Post-Traumatic Stress Disorder, 28 percent of people who witness a mass shooting develop post-traumatic stress disorder and an additional third will develop acute stress disorder. Other studies have shown that between 40% and 95% of survivors of mass shootings develop post-traumatic stress disorder in the aftermath (Goldmann & Galea, 2014; Littleton et al., 2011).

- An analysis of the of the economic burden of Post-Traumatic Stress Disorder from 2018 found that total excess costs were $189.5 billion in the civilian population which includes health care costs, non-health care costs, and indirect costs (Davis, et al., 2022).

- Survivors of mass shootings who have a previous history of trauma and mental health issues have an even higher risk of developing traumatic stress reactions (Levers & Hyatt-Burkhart, 2019; U.S. Department of Veteran Affairs, 2019).

**Mass Shootings also Affect the Broader Community**

- In addition to impacting those who are killed, injured, or directly witness a mass shooting (primary victims), mass shootings also impact that broader community where the shooting occurred and even beyond (secondary and tertiary victims; National Mass Violence Victimization Resource Center, 2018). In communities where a mass shooting occurs, studies show that at least 5% to 10% of people (other than primary victims) develop Post-Traumatic Stress Disorder (U.S. Department of Veteran Affairs, 2019).

- The schools, organizations, workplaces and businesses in communities impacted by mass shootings have been described as "co-victims" because they are also psychologically impacted by the shooting even if not physically injured (Rowhani-Rahbar, et al., 2019). Mass shootings result in social disruption, creating fear and confusion. Because they are seemingly random and unpredictable, these events cause helplessness, making them "more traumatic than nearly all other causes of injury and death in the healthy populations that are exposed" (Rowhani-Rahbar, et al., 2019). Compared to survivors of other national disasters, survivors of mass shootings are at a greater risk for mental health problems (Novotney, 2018).

- Mass shootings result in incessant media coverage, which can result in secondary traumatization (SAMHSA, 2017). Beyond communities that are directly impacted,

14

nearly half of all adults in the United States fear becoming a victim of a mass shooting, according to opinion polls (Brenan, 2019). Studies have found that approximately 80% of adults in the United States report feeling stressed about mass shootings (SAMHSA, 2017). This results in people avoiding locations like shopping malls and movie theaters, and large community events and gatherings for fear of being shot (American Psychological Association [APA], 2019).

- School shootings, in particular, create a deep sense of fear in communities (Everytown Report, 2022). A national study from 2018 found that three out of four youth report mass shootings being a primary source of stress (American Psychological Association, 2018). Around 20% of youth report the potential of a school shooting causes them daily stress.

- One study examined the impact of the 1999 Columbine High School shooting on students who were not directly involved with the shooting (Brener, et al., 2002). The results showed that the number of students reporting feeling too unsafe to attend school increased 30%, and the number of students missing school owing to concerns about their safety increased by 2.6 times compared to before the shooting.

- A meta-analysis by Lowe and Galea (2017) examined 49 peer-reviewed articles that looked at the mental health impacts of 15 different mass shootings. Overall, the authors found that mass shootings are associated with several problematic mental health outcomes including increased fear and a reduction in perceived safety, among communities both directly and indirectly exposed. For example,

  - Pynoos, et al. (1987) examined the impact of the 49th Street Elementary School in Los Angeles, a fatal sniper attack on the school playground. The perpetrator used a Colt AR-15 SP1. One month after the shooting, 60% of affected elementary school students showed symptoms of Post-Traumatic Stress Disorder.

  - Hough, et al. (1990) examined the impact of the San Ysidro McDonald's massacre in 1984 on the broader community (those not directly involved). Twenty-one people were killed and nineteen were injured during the shooting. The perpetrator used a semi-automatic Uzi. Six to nine months after the shooting, 12.6% of women in their sample showed symptoms of Post-Traumatic Stress Disorder.

  - Classen, Koopman, Hales, and Spiegel (1998) examined the impact of the 1993 shooting at an office building in San Francisco, CA where eight people were murdered. The perpetrator used Intratec TEC-DC9 pistols. One week after the shooting, one third of the office employees showed symptoms of acute stress disorder.

  - Trappler and Friednman (1996) examined the mental health impact of the 1994 Brooklyn Bridge shooting, where a perpetrator shot at a van of students, killing one and injuring three. The perpetrator used a .380-caliber Cobray MAC-11 machine pistol. Eight weeks after the shooting, 36% of the survivors

VIRAMONTES 003922
CCSAO 09/15/2022

had Post-Traumatic Stress Disorder and 45% had a mood disorder.

- Several studies examined the mental health impact of the Columbine High School shooting 1999 where 15 people were killed. The perpetrators used a 9mm Hi-Point 995 carbine and a 9mm Intratec Tec-DC9 machine pistol. Stretesky and Hogan (2001) examined the impact of the shooting on female college students not directly affected, assessed pre- and post-shooting. Students surveyed before the shooting felt significantly safer than students surveyed after the shooting. The findings show how the media coverage of Columbine impacted students' perceptions of safety even if they were not victimized themselves.

- Brener, Simon, Anderson, Barrios, and Small (2002) looked at the Youth Risk Behavior survey (15,349 students who were not directly impacted) which took place both before and after the Columbine shooting. The study found that students who took the survey after the Columbine incident, especially those from rural areas, were more likely to feel too unsafe to go to school for at least one day during the previous month of school.

### Conclusion

Overall, I conclude that the harms described above could be reduced by the Blair Holt Assault Weapons ban for the reasons described above (Ord. No. 13-O-32, adopted July 17, 2013).

I declare under penalty of perjury that the foregoing is true and correct.

*Jill Peter*

Jillian Peterson, Ph.D.      6 / 30 / 2022

16

VIRAMONTES 003923
CCSAO 09/15/2022

**References**

American Psychological Association (2018). Stress in America: Generation Z. *American Psychological Association.* Retrieved from https://www.apa.org/news/press/releases/stress/2018/stress-gen-z.pdf

American Psychological Association (APA). (2019). One-third of U.S. adults say fear of mass shootings prevents them from going to certain places or events. https://www.apa.org/news/press/releases/2019/08/fear-mass-shooting

Brener N, Simon T, Anderson M, Barrios LC. (2002). Effect of the incident at columbine on student's violence and suicide-related behaviors. *American Journal of Preventive Medicine, 22*(3):146–50.

Benjamin, A.J., Kepes, S. & Bushman, B.J. (2017). Effects of weapons on aggressive thoughts, angry feelings, hostile appraisals, and aggressive behavior: A meta-analytic review of the weapons effect literature. *Personality and Social Psychology Review, 22*(4), 247-377.

Berkowitz, L., & Lepage, A. (1967). Weapons as aggression-eliciting stimuli. *Journal of Personality and Social Psychology, 7*(2, Pt.1), 202–207.

Brenan, M. (2019). Nearly half in U.S. fear being a victim of a mass shooting. *Gallup.* https://news.gallup.com/poll/266681/nearly-half-fear-victim-mass-shooting.aspx

Bushman, B. J. (2017). Narcissism, fame seeking, and mass shootings. *American Behavioral Scientist,* 62, 229-241.

Cialdini, R. (1984). *Influence: the psychology of persuasion.* New York: William Morrow.

Classen, C., Koopman, C., Hales, R., Spiegel, D. (1998). Acute stress disorder as a predictor of posttraumatic stress symptoms. *American Journal of Psychiatry, 155,* 620–624.

Davis, L.L., Schein, J., Cloutier, M., et al. (2022). The economic burden of posttraumatic stress disorder in the United States from a societal perspective. *Journal of Clinical Psychiatry*, *83*(3), 21m14116.

Everytown for Gun Safety (2022). When the shooting stops: The impact of gun violence on survivors in American. *Everytown for Gun Safety.* Retrieved from https://everytownresearch.org/report/the-impact-of-gun-violence-on-survivors-in-america/#introduction

Goldmann, E., & Galea, S. (2014). Mental health consequences of disasters. *Annual Review of Public Health, 35,* 169–183.

17

VIRAMONTES 003924
CCSAO 09/15/2022

Hough, R. L., Vega, W., Valle, R., Kolody, B., Griswald del Castillo, R., Tarke, H. (1990). Mental health consequences of the San Ysidro McDonald's massacre: A community study. *Journal of Traumatic Stress, 3,* 71–92.

Lankford, A. (2016). Fame-seeking Rampage Shooters: Initial Findings and Empirical Predictions. *Aggression and Violent Behavior, 27,* 122–29.

Levers, L. L., & Hyatt-Burkhart, D. (2019). *Clinical mental health counseling: Practicing in integrated systems of care.* Springer.

Littleton, H., Kumpula, M., & Orcutt, H. (2011). Posttraumatic symptoms following a campus mass shooting: The role of psychosocial resource loss. *Violence Victims, 26*(4), 461–476.

Lowe, S.R.. & Galea, S. (2017). The mental health consequences of mass shootings. *Trauma, Violence, & Abuse, 18*(1), 62-82.

Novotney, A. (2018). What happens to the survivors: Long-term outcomes for survivors of mass shootings are improved with the help of community connections and continuing access to mental health support. https://www.apa.org/monitor/2018/09/survivors

Peterson, J.K. & Densley, J. (2021). *The Violence Project: How to Stop a Mass Shooting Epidemic.* New York: Abrams Books.

Peterson, J.K., Densley, J., & Erickson, G. (2021). Presence of armed school officials and fatal and nonfatal gunshot injuries during mass school shootings, United States, 1980–2019. *JAMA Network Open,4*(2): e2037394.

Pynoos, R. S., Frederick, C., Nader, K., Arroyo, W., Steinberg, A., Eth, S.,…Fairbanks, L. (1987). Life threat and posttraumatic stress in school-age children. *Archives of General Psychiatry, 44,* 1057–1063.

Rowhani-Rahbar A, Zatzick DF, Rivara FP. Long-lasting Consequences of Gun Violence and Mass Shootings. JAMA. 2019 May 14;321(18):1765-1766.

Stretesky, P. B., Hogan, M. J. (2001). Columbine and student perceptions of safety: A quasi-experimental study. *Journal of Criminal Justice, 29,* 429–443.

Substance Abuse and Mental Health Services Administration (SAMHSA). (2017). Disaster technical assistance center supplemental research bulletin mass violence and behavioral health. https://www.samhsa.gov/sites/default/files/dtac/srb-mass-violence-behavioral-health.pdf

Surette, R. (2015). Performance crime and justice. *Current Issues in Criminal Justice*, *27*, 195-216.

VIRAMONTES 003925
CCSAO 09/15/2022

Trappler, B., Friednman, S. (1996). Posttraumatic stress disorder in survivors of the Brooklyn Bridge shooting. *American Journal of Psychiatry, 153*, 705–707.

U.S. Department of Veteran Affairs. (2019). Risk and resilience factors after disaster and mass violence. https://www.ptsd.va.gov/professional/treat/type/disaster_risk_resilience.asp

Yar, M. (2012). Crime, media and the will-to-representation: Reconsidering relationships in the new media age. *Crime, Media, Culture, 8*, 245-260.

19

# Dr. Jillian K. Peterson

Hamline University
Criminal Justice and Forensic Science Department
Co-Founder of The Violence Project
1536 Hewitt Avenue. St. Paul, MN 55104
Email: jpeterson68@hamline.edu
www.theviolenceproject.org
www.jilliankaulpeterson.com
Phone: (651) 434–9427

## EDUCATION

2012    Doctor of Philosophy
        University of CA, Irvine:      Psychology & Social Behavior
        Specializations:              Psychology and Law, Psychopathology
        Dissertation:                 Untangling mental illness and criminal behavior

2009    Master of Arts
        University of CA, Irvine:      Social Ecology

2003    Bachelor of Arts with Honors
        Grinnell College, Iowa:       Sociology

## PROFESSIONAL POSITIONS

2020-present  Associate Professor: Department of Criminal Justice and Forensic Science
              Hamline University, St. Paul, Minnesota

2020-present  Program Director: Forensic Psychology Concentration
              Hamline University, St. Paul, Minnesota

2017-present  President and Co-Founder
              The Violence Project Research Center (501c3), St. Paul, Minnesota

2015-2020     Assistant Professor: Department of Criminal Justice and Forensic Science
              Hamline University, St. Paul, Minnesota

2018-2020     Faculty Director of the Center of Justice and Law
              Hamline University, St. Paul, Minnesota

2010-2017     Consultant and Forensic Trainer
              American Institute for the Advancement of Forensic Studies, St. Paul, Minnesota

VIRAMONTES 003927
CCSAO 09/15/2022

| | |
|---|---|
| 2014-2015 | Assistant Professor: School of Law Enforcement and Criminal Justice<br>Metropolitan State University, St. Paul, Minnesota |
| 2013-2014 | Associate Trial Consultant<br>National Jury Project, Minneapolis, Minnesota |
| 2012-2014 | Faculty Member (tenure-track): Psychology Department<br>Normandale Community College, Bloomington, Minnesota |
| 2011-2012 | Adjunct Faculty: Psychology Department<br>Macalaster College, St. Paul, Minnesota |
| 2010-2012 | Adjunct Faculty: Psychology Department<br>Normandale Community College, Bloomington, MN |
| 2010-2011 | Adjunct Faculty: Psychology Department<br>St. Catherine University, St. Paul, Minnesota |
| 2005-2007 | Research Coordinator: Psychiatry Department<br>Projects: depression clinical trial, anxiety and alcoholism dual-diagnosis treatment<br>University of Minnesota, Minneapolis |
| 2003-2005 | Mitigation Specialist and Special Investigator<br>Investigating psycho-social life histories of people facing the death penalty<br>New York State Capital Defender Office, New York City |

## PEER REVIEWED PUBLICATIONS

**Peterson, J.K.,** Erickson, G., Knapp, K. & Densley, J. (2021). Communication of intent to do harm preceding public mass shootings in the United States, 1966-2019. *JAMA Network Open, 4*(11), e2133073. doi:10.1001/jamanetworkopen.2021.33073

**Peterson, J. K.,** Densley, J. A., Knapp, K., Higgins, S., & Jensen, A. (2021). Psychosis and mass shootings: A systematic examination using publicly available data. *Psychology, Public Policy, and Law.* Advance online publication. https://doi.org/10.1037/law0000314

**Peterson, J.K.,** Densley, J., & Erickson, G. (2021). The relationship between firearms and armed people on the scene and the severity of school shootings in the United States, 1980–2019. *JAMA Network Open,4*(2): e2037394.

**Peterson, J.K.,** Densley, J., & Erickson, G. (2019). Evaluation of "The R-Model" crisis intervention de-escalation training for law enforcement. *The Police Journal, online first.*

**Peterson, J.K.** & Densley, J. (2018). Is Crisis Intervention Team (CIT) training evidence-based practice? A systematic review. *Journal of Crime and Justice, 41,* 521-534.

VIRAMONTES 003928<br>CCSAO 09/15/2022

**Peterson, J.K.,** & Densley, J. (2017). Cyber violence: What do we know and where do we go from here? *Aggression and Violent Behavior, 35*, 193-200.

Densley, J., & **Peterson, J.K**. (2017). Group aggression. *Current Opinion in Psychology, 19,* 43-48.

**Peterson, J. K.,** & Silver, R. C. (2017). Developing an understanding of victims and violent offenders: The impact of fostering empathy. *Journal of Interpersonal Violence, 32*, 399-422 (published ahead of print July 3, 2015).

**Peterson, J.K.,** & Heinz, K.V. (2016). Understanding offenders with serious mental illness in the criminal justice system. *Hamline Mitchell Law Review, 42*(3), article 3.

**Peterson, J.K.,** Sackrison, E., & Polland, A. (2015). Preparing for possible shootings on campus: The impact on students. *Journal of Threat Assessment and Management, 2,* 127-138.

Skeem, J.L., Kennealy, P., **Peterson, J.K.,** Appelbaum, P., & Monahan, J. (2015). Psychosis uncommonly and inconsistently precedes violence among high risk individuals. *Clinical Psychological Science,* online first.

**Peterson, J.K.,** Skeem, J.L., Kennealy, P., Bray, B., & Zvonkovic, A. (2014). How often and how consistently is criminal behavior preceded by symptoms for offenders with mental illness? *Law and Human Behavior, 38,* 439-449.

Louden, J.E., Skeem, J.L., Camp, J., Vidal, S., & **Peterson, J.K**. (2012). Supervision practices In specialty mental health probation: What happens in officer-probationer meetings? *Law and Human Behavior, 36,* 109-119.

**Peterson, J.K.,** Skeem, J.L., & Manchak, S. (2011). If you want to know, consider asking: How likely is it that a patient will hurt themselves in the future? *Psychological Assessment, 23,* 626-634.

Skeem, J.L., Manchak, S., & **Peterson J.K.** (2011). Correctional policy for offenders with mental illness: Creating a new paradigm for recidivism. *Law and Human Behavior, 35,* 110-126.

**Peterson, J.K.,** Skeem, J.L., Hart, E., Vidal, S., & Keith, F. (2010). Comparing the offense patterns of offenders with and without mental disorder:  Exploring the criminalization hypothesis. *Psychiatric Services, 61,* 1217-1222.

Kushner, M.G., Kim, S.W., Donahue, C., Thuras, P., Adson, D., Kotlyar, M., McCabe, J., **Peterson, J.K.,** Foa, E. (2007). D-Cycloserine augmented exposure therapy for obsessive compulsive disorder. *Journal of Biological Psychiatry, 62,* 835-838.

VIRAMONTES 003929
CCSAO 09/15/2022

Kushner, M.G., Donahue, C., Sletten, S., Thuras, P., Abrams, K., **Peterson, J.,** Frye, B. (2006). Cognitive behavioral treatment of comorbid anxiety disorder in alcoholism treatment patients: Presentation of a prototype program and future directions. *Journal of Mental Health, 15*, 697-707

## BOOKS & BOOK CHAPTERS

**Peterson, J.** & Densley, J. (2021). *The Violence Project: How to stop a mass shooting epidemic.* New York: Abrams Press.
Reviews – Publisher's Weekly, Kirkus Reviews, Library Journal, True Crime Index, Hometown Source

Densley, J. & **Peterson, J.** (2017). Aggression between social groups. In B. Bushman (ed.), *Aggression and violence: A social psychological perspective.* New York: Psychology Press.

Skeem, J.L., & **Peterson, J.K.** (2012). Identifying, treating, and reducing risk for offenders with mental illness. In Petersilia, J.& Reitz, K. (Eds.). *The Oxford Handbook of Sentencing and Corrections.* New York: Oxford University Press.

Skeem, J.L., **Peterson, J.K.,** Silver, E. (2011). Toward research-informed policy for high risk offenders with serious mental illness. In McSherrey, B. & Keyser, P. (Eds.), *Dangerous People: Policy, Prediction, and Practice.* New York: Routledge.

Dvoskin, J., Skeem, J.L., Novaco, R.W., & Douglas K.S (2011) *Applying Social Science to Reduce Violent Offending*. New York: Oxford University Press. (Copy editing).

Kushner, M.G., Krueger, R., Frye, B., **Peterson, J.** (2008). Epidemiological perspectives on co-occurring anxiety disorder and substance use disorder. In Steward, S. & Conrad, P. (Eds.) *Anxiety and Substance Use Disorders Co-morbidity.* New York: Springer.

## OTHER PUBLISHED WRITING

Riedman, D., Densley, J. & **Peterson, J.** (2021). School closures are costly caution - but are still not enough to prevent tragedies. Star Tribune.

Riedman, D., **Peterson, J., &** Densley, J. (2021).Assessing shooting threats is a matter of life or death: Why aren't experts better at it? EdWeek.

Densley, J., & **Peterson, J.** (2021). The Powerful message behind charging the parents in the Michigan school shooting. LA Times.

Densley, J., & **Peterson, J.** (2021). School shootings are at a record high this year - but they can be prevented. The Conversation.

VIRAMONTES 003930
CCSAO 09/15/2022

Densley, J., Riedman, D., & **Peterson, J.** (2021). The rise in school shooting threats is alarming - and a cry for help**.** LA Times.

**Peterson, J.,** Densley, J., & Riedman, D. (2021). School shootings are increasing – and changing. Easily accessible guns are to blame. Washington Post.

Riedman, D., Densley, J., & **Peterson, J.** (2021). One second from Columbine at Lehigh Acres. Florida Sun Sentinel.

Riedman, D., **Peterson, J., &** Densley, J. (2021). Students, teachers must feel safe to report school shooting threats. The Tennessean.

Densley, J. & **Peterson, J.** (2021). Knoxville school shooting serves as a stark reminder of the familiar - but preventable - threat. The Conversation.
Reprinted in Yahoo, Chronicle Tribune, Stamford Advocate

**Peterson, J.** & Densley, J. (2021). Why mass shootings stopped in 2020 and are now roaring back. *Los Angeles Times.*
Reprinted in *MSN, Newsday, Qatar Tribune, Star Tribune, Wisconsin State Journal*
In Spanish: ¿Por qué los tiroteos masivos se detuvieron en 2020 - y por qué ahora están volviendo? *Los Angeles Times*, March 28

**Peterson, J.** & Densley, J. (2020). US Gun Violence: Too many people have died in 2020- and COVID played a larger part than you think. *The Conversation*.
Reprinted in *Yahoo News*.

Shaefer, S., **Peterson, J.,** Greenman, S., Erickson, G. (2020). Hamline Professors: If they want to improve police in Minnesota, legislators need to know this. *Pioneer Press.*

Erickson, G., Greenman, S., **Peterson, J.,** & Schaefer, S. (2020). Break the cycle: Five changes in Minnesota policing that can be enacted right now. *MinnPost.*
Reprint in the *Free Press*.

**Peterson, J.** & Densley, J. (2019). Why do people attack places of worship?  Here's what we know from our mass shootings database. *Los Angeles Times.*

**Peterson, J.** & Densley, J. (2019). There is no single profile of a mass shooter. Our data show there are five types. *Los Angeles Times.*

**Peterson, J.** & Densley, J. (2019). What school shooters have in common. *Education Week.*

Densley, J., & **Peterson, J.** (2019). We analyzed 53 years of mass shooting data. Attacks aren't just increasing, they're getting deadlier. *Los Angeles Times.*

VIRAMONTES 003931
CCSAO 09/15/2022

**Peterson, J. &** Densley, J. (2019). We have studied every mass shooting since 1966. Here's what we've learned about the shooters. *Los Angeles Times.*
Nationally syndicated, including *Common Dreams, South Florida Sun-Sentinel, Arkansas Democrat-Gazette, Duluth News Tribune, Star Tribune.*

**Peterson, J.P.,** & Densley, J. (2019). University of North Carolina at Charlotte shooting had these things in common with other campus shootings. *The Conversation.*
Reprints (partial list):  Associated Press, Raw Story, Danbury News Times, Connecticut Post, San Francisco Chronicle, Houston Chronicle, Idaho Press Tribune, Business Insider

**Peterson, J.P.,** & Densley, J. (2019). How Columbine became a blueprint for school shooters. *The Conversation.*
Reprints (partial list):  The Washington Post, Chicago Tribune, San Francisco Chronicle, Seattle Post, Idaho Press, Philly Inquirer , Houston Chronicle

Densley, J., & **Peterson, J.P.** (2019). Terrorism is a performance.  Stop watching.  *Star Tribune.*

Densley, J., & **Peterson, J.P.** (2019). We can do more to prevent workplace shootings like Aurora, Illinois.  *USA Today.*

**Peterson, J.P.,** & Densley, J. (2019).  School shooters usually show these signs of distress long before they open fire, our database shows.  *The Conversation.*
Reprints (partial list): Raw Story, Danbury News Times, Connecticut Post, San Francisco Chronicle, Houston Chronicle, Idaho Press Tribune, Business Insider

**Peterson, J.P.,** & Densley, J. (2019).  Colorado shooting eerily recalls Columbine massacre
Reprints (partial list):  Chicago Tribune, Danbury News Times, Connecticut Post, San Francisco Chronicle, Houston Chronicle, Idaho Press Tribune, Associated Press

**Peterson, J.P.,** & Densley, J. (2019). School Shootings: What Administrators Need to Know
*Minnesota Association of School Administrators Leadership Forum.*

**Peterson, J.P.,** & Densley, J. (2018).  Preventing mass school shootings?  Here's a key first step.
*Star Tribune.*

**Peterson, J.P.,** & Densley, J. (2018). Police crisis intervention training: We need a new paradigm, not a new building. *MinnPost.*

Densley, J., & **Peterson, J.P.** (2018). *Gun violence in America.* St. Paul, MN: The Violence Project LLC.

**Peterson, J.P.** & Densley, J. (2018), *Police crisis training: Introduction to the R-Model.* St. Paul, MN: The Violence Project LLC.

**Peterson, J.P.,** & Densley, J. (2018). The usual approach to school security isn't working. *CNN.*

VIRAMONTES 003932
CCSAO 09/15/2022

**Peterson, J.P.,** & Densley, J. (2017). How social media sends extremism into overdrive. *CNN*.

Densley, J. & **Peterson, J.P.** (2017). Verdict in police shooting of Philando Castile: The fear defense should have us all afraid. *Star Tribune.*

**Peterson, J.P.,** & Densley, J. (2017). Why the trend of posting gruesome acts online? *Star Tribune.*

**Peterson, J.P.,** & Schaefer, S. (2016). For police training, do the research to figure out what works. *Pioneer Press.*

Mason, A.M. & **Peterson, J.P.** (2016). Counterpoint: Untangling the roots of school violence. *Minneapolis Star Tribune.*

**Peterson, J.K.,** & Brown, J. (2015). Psychopathy in the criminal justice system. *Minnesota Corrections Association Forum, Volume 38.*

**Peterson, J.K.,** & Brown, J. (2015). Psychopathy: What mental health professionals need to know. *Minnesota Marriage and Family Therapy, Volume 33 (3).*

**Peterson, J.K.** (2015). Mental illness and violence: Not so easy to connect the dots. *Minneapolis Star Tribune.*

Skeem, J., & **Peterson, J.K.** (2011). Major risk factors for recidivism among offenders with mental illness. *Council of State Governments Report.*

---

## PEER-REVIEWED PRESENTATIONS

**Peterson, J.K**. (November 2021). *Mass shootings in the United States: Translating research into policy.* American Society of Criminology National Convention. Chicago, IL.

**Peterson, J.K**. & Densley, J. (November 2020). *NIJ-Funded Research Findings on Mass Shootings: Implications for Research and Criminal Justice.* American Society of Criminology National Convention. Washington DC.

**Peterson, J.K., &** Densley, J. (August 2020). *Mass shootings in America: A multi-method study of the past 50 years.* American Psychological Association National Convention. Washington DC.

**Peterson, J.K** (November 2019). *The Mass Shooter Database: A Foundation for Data-Driven Policy.* American Society of Criminology National Convention. San Francisco, CA.

**Peterson, J.K**. (October 2019). *An 8-Hour Crisis Intervention Training for Police that Works.* International of Chiefs of Police. Chicago, IL.

**Peterson, J.K**. (June 2019). *Evidence-based crisis intervention training for law enforcement: Program development and evaluation.* Society for the Psychological Study of Social Issues (SPSSI). San Diego, CA

**Peterson, J.K**. (May 2019). *Cyber-violence: The impact of social media on adolescent aggression.* School Social Minds Conference. New York, NY.

**Peterson, J.K.,** & Densley, J. (March 2019). *Cyber-violence: What do we know and where do we go from here?* Mitchell Hamline Law Intellectual Property Conference. St. Paul, MN.

**Peterson, J.K**. (November 2018). *Mass violence prevention: Evidence-based school strategies.* MN Department of Human Services School Mental Health Conference. Brainerd, MN.

**Peterson, J.K**. (May 2018). *Evidence-based mental health crisis training for police officers.* Office of Justice Programs Conference on Crime and Victimization. Bemidji, MN.

**Peterson, J.K**. (March 2018). *Evidence-based crisis and conflict management for individual with mental illness.* Minnesota Social Services Annual Conference. Minneapolis, MN.

Tix, A., & **Peterson, J.K.** (June 2016). *Teaching social justice in the classroom.* Society for the Psychological Study of Social Issues. Minneapolis, MN.

**Peterson, J.K**. (March 2016). *Crimes committed by offenders with mental illness: The impact Of substance use.* Academy of Criminal Justice Sciences. Denver, Colorado.

**Peterson, J.K**. (March 2016). *Understanding and working with psychopaths.* Minnesota Social Services Annual Conference. Minneapolis, MN.

**Peterson, J.K**. (November 2015). *Offenders with mental illness: Criminal risk factors.* American Criminology Association Annual Conference. Washington, D.C.

**Peterson, J.K**. (November 2015). *Violence and suicide among offenders with mental illness and substance use problems* (session chair). American Criminology Association Annual Conference. Washington, D.C.

**Peterson, J.K.**, Densley, J., & Setheraju, R. (May 2015). *Criminal justice community forums: Discussing Ferguson and beyond.* Office of Justice Programs Conference on Crime and Victimization. Brainerd, MN.

**Peterson, J.K**. (March 2015). *Untangling mental illness and criminal behavior.* Minnesota Social Services Association Annual Conference. Minneapolis, MN.

**Peterson, J.K**. (March 2014). *The making of a murderer: Lessons from death row.* Minnesota Social Services Association Annual Conference. Minneapolis, MN.

**Peterson, J.K.,** Skeem, J.L., Manchack, S. (March 2010). *If you want to know, consider asking:*

*How likely is it that a patient will hurt themselves in the future?*  Paper presented at the American Psychology and Law Society (AP-LS) Annual Conference, Vancouver, BC

**Peterson, J.K.,** Skeem, J., Hart, E., Vidal, S., & Keith, F. (March 2009). *Typology of With mental disorder: Exploring the criminalization hypothesis*. Paper presented at the American Psychology and Law Society (AP-LS) Annual Conference, San Antonio, TX.

Louden, J.E., Skeem, J.L., **Peterson, J.K.,** Vidal, S. (March 2009). *Officers' focus on Criminogenic needs in specialty mental health probation meetings.* Paper presented at the American Psychology and Law Society (AP-LS) Annual Conference, San Antonio, TX

Bittle, J., Skeem, J., Manchack, S., **Peterson, J.K.** (2008). *Predicting recidivism from internalizing and externalizing behaviors.* Poster presentation at the Western Psychological Association 88th Annual Convention, Irvine, CA.

---

**INVITED PRESENTATIONS**

**National:**

Office of Juvenile Justice and Delinquency Prevention (November 2021)
    "Preventing Youth Hate Crimes and Identity-Based Bullying?

Luther College – Invited Keynote (October 2021)
    "The Violence Project: Understanding and Preventing Mass Shootings"

Grinnell College – Invited Keynote (October 2021)
    "The Violence Project: Understanding and Preventing Mass Shootings"

Florida Association of Threat Assessment Professionals (May 2021)
    "The Violence Project: Understanding and Preventing Mass Shootings"

Department of Homeland Security: National Threat Evaluation & Reporting (NTER) Program (March 2021)
    "The Impact of COVID-19 on Targeted Violence and Prevention"

Criminal Investigations and Network Analysis: A Department of Homeland Security Center of Excellence (CINA DHS COE)  (March 2021)
    "Extremism and Violence in a Hyperconnected World"

Puget Sound Educational Services District School Safety Summit (December 2020)
    Keynote Address

National Institute of Justice Webinar (November 2020)
    "Advancing and Understanding, and Informing Prevention of Public Mass Shootings: Findings from NIJ Funded Studies"

VIRAMONTES 003935
CCSAO 09/15/2022

Louisiana Psychological Association (May 2020)
> Keynote Address

Forensic Mental Health Association of California (March 2020)
> Keynote Address

School Safety Symposium in Pennsylvania (February 2020)
> Keynote Address

NIJ Topical Meeting on Rare Incidents Data Collection Models. San Antonio, TX.
> "The Mass Shooter Database Project: Mixed Method Design"

University of Washington, Tacoma (June 2018)
> "Summer of Justice: Cultivating community engagement"

Homicide Investigators Annual Training (April 2017)
> "Social media, violence and murder"


**Local:**

University of Minnesota School of Public Health – Keynote (January 2022)
> "The Violence Project: How to stop a mass shooting epidemic"

Roseville Public Schools (November 2021)
> "The Off-Ramp Project: A holistic approach to violence prevention"

A New 612 – Minneapolis Chamber of Commerce (July 2021)
> "The Off-Ramp Project: A holistic approach to violence prevention"

Minnesota Association of School Administrators (March 2021)
> "Evidence-based violence prevention: Building school crisis response teams"

Minnesota DFL Lawyer Association (August 2020)
> "Police reform in Minnesota"

FBI Citizen Academy – Minneapolis (June 2020)
> "The Violence Project: Understanding and preventing mass shootings"

FBI Law Enforcement Training Academy (June 2020)
> "Understanding and preventing mass shootings"

Mitchell Hamline School of Law (February 2020)
> "Barriers to reentry conference" – opening address

Minnesota House Public Safety Committee (February 2020)
  "Criminal justice responses to mental illness"

Minnesota House Education Committee (February 2020)
  "School shooting prevention: An evidence-based framework"

FBI Infraguard Meeting (January 2020)
  "Understanding and preventing mass shootings in the United States"

Training – Doubletree Hilton Hotel (January 2020)
  "Mass shooting prevention: An evidence-based framework"

Minnesota Assessment Group, University of Minnesota (January 2020)
  "Understanding and preventing school gun violence"

Hennepin Orthopedic & Trauma Seminar and Nursing Conference (November 2019)
  "Understanding and preventing workplace and hospital violence" (Keynote address)

Center for Applied Research and Education Improvement, University of MN (October 20119)
  "Understanding and preventing school gun violence"

East Metro Crime Coalition (October 2019)
  "Transforming the school safety paradigm: Preventing daily disruptions from becoming
  headline-making tragedies"

Cigna Insurance (October 2019)
  "Preventing workplace violence"

Saint Paul Children's Collaborative (October 2019)
  "Gun violence in the Twin Cities"

St. Paul Rotary Club (September 2019)
  "Understanding and preventing mass shootings"

Pollen – Minneapolis Institute of Art (August 2019)
  "Like a boss: Managing conflict"

Education Minnesota (July 2019)
  "Evidence-based school violence prevention"

Midwest Journalism Conference (April 2019)
  "News WILL hit home: How to deal with the trauma"

Hennepin County Bar Association (March 2019)
  Panelist with Emily Baxter:  "We are all criminals: A conversation about crime,
  privilege, punishment, mercy, and second chances"

Society of Professional Journalists Fall Conference (November 2018)
>"Mitigating conflict and managing crises for reporters"

Stearns County Community Corrections Annual Symposium (October 2018)
>Keynote Speaker: "Mental health and cultural awareness in community corrections"

Emergency Notification Conference at Anoka Community College (October 2018)
>"Mass violence research: Pathways to prevention"

Teacher and staff professional development at Metro Schools College Prep (September 2018)
>"Promoting student mental health"

Star Tribune Staff Training (September 2018)
>"De-escalation and crisis training for reporters"

Ramsey County Probation Department (June 2018 and August 2018)
>"Preventing and responding to mass shootings"

St. Mary's University Psychology Graduate School (May 2018)
>"Gun violence in America"

Ramsey County Juvenile Justice Department (April 2018)
>"Mental health in adolescents: Treatment and intervention implications"

Minnesota Police Chief's Association Executive Training Institute (April 2018)
>"The R-Model: One-day mental health crisis intervention training"

Minnetonka Police Department (February 2018)
>"The R-Model: Research, Respond, Refer"

Minnesota Juvenile Detention Association (February 2018)
>"Working with juvenile offenders with mental illness"

Minnesota Department of Corrections (November 2017)
>"Working with the mental illness in the criminal justice system"

McGregor Independent School District (November 2017)
>"Juvenile mental health and behavioral disorders"

Minnesota Association of Community Corrections Act Counties (September 2017)
>Keynote Speaker – "Mental illness and community corrections"

Twin Cities PBS Studio (June 2017)
>"Rikers: An American Jail panel discussion"

VIRAMONTES 003938
CCSAO 09/15/2022

University Rotary Club of Minneapolis (June 2017)
"Antisocial media: Understanding the impact of social media on violence"

Minnesota Public Defender Annual Conference (October 2016)
"Forensic mental health for public defenders"

Minnesota Correctional Association Annual Conference (October 2016)
"Psychopathy in the Criminal Justice System"

American Institute for the Advancement of Forensic Studies (September 2016)
8-hour training: "Forensic mental health"

American Institute for the Advancement of Forensic Studies (May 2016)
8-hour training: "Social media and violent crime"

Minnesota Department of Corrections Crisis Intervention Teams (March 2016)
Understanding psychopathy"

Minnesota Community Corrections Association (December 2015)
"Psychopathy in the criminal justice system"

FBI Minnesota Citizens Academy (April 2015)
"Psychopathy: Myths and realities"

Metropolitan State University (March 2015)
"Engaging learners through forums on culturally connected issues"

American Institute for the Advancement of Forensic Studies (February 2015)
"The pathway from childhood to adult violence: Identifying and helping high risk kids"

Metropolitan State University School of Law Enforcement and Criminal Justice (February 2015)
"Sex crimes: Local and global implications"

Amicus (January 2015)
"Public policy for offenders with mental illness"

Violent Crime Coordinating Council Annual Training (October 2014)
"Substance abuse and mental health"

Metropolitan State University (September 2014)
"The events in Ferguson and its impact on our discipline"

American Institute for the Advancement of Forensic Studies (May 2014)
Keynote address – "Psychology of homicide conference"

American Institute for the Advancement of Forensic Studies (October 2013)

"Comorbidity in the criminal justice system: The impact on recidivism"

American Institute for the Advancement of Forensic (October 2013)
    "The making of a murderer: Lessons from death row"

Minnesota Association of Pretrial Service Agencies (April 2013)
    "Psychopathy in the criminal justice system"

Minnesota Department of Corrections Recidivism Conference (September 2012).
    "Reducing recidivism among offenders with mental illness"

Washington County Community Corrections (June 2012)
    "Psychopathy in the criminal justice system"

Minnesota Public Defender Dispositional Advisers (April 2012)
    "Personality disorders in the criminal justice system"

St. Catherine University (March 2012)
    "Mental illness in the criminal justice system: Pathways forward"

Minnesota Department of Corrections (November 2011 and March 2012)
    "Psychopathy in the criminal justice system"

Pathways Counseling Center (May 2011)
    "Screening tools for mental illness in a criminal justice setting"

Washington County Community Corrections Department (April 2011)
    "Mental illness in the criminal justice system"

Macalaster College (April 2011)
    "Current issues in psychology and law"

St. Catherine University (March 2011)
    "Untangling mental disorder and criminal behavior"


**Hamline University:**

Leo Lecture for Alumni Weekend (September 2020)
    "The Violence Project: Understanding mass shootings in America"

Blueprint to Ending Poverty (December 2019)
    Opening address and moderator

Wrongful Convictions: Race, Culture, and Poverty (October 2019)
    Opening address and moderator

VIRAMONTES 003940
CCSAO 09/15/2022

We Are All Criminals (September 2019)
  Opening address and moderator

Fall Opening Convocation (September 2019)
  "Transformative community at Hamline University"

TEDx Hamline University (April 2019)
  "How to Prevent School Shootings"

Criminalization of Mental Illness Conference with the Center for Justice and Law (April 2019)
  "Overview of mental illness in the criminal justice system"

Criminalization of Poverty Conference with the Center for Justice and Law (February 2019)
  Moderated panel and community discussion

LEO Lecture for Hamline University (February 2019)
  "Shooting for answers: Understanding and preventing mass shootings"

Access to Justice Conference with the Hamline Center for Justice and Law (November 2018)
  Moderated panel discussion of community leaders on criminal justice reform

Public training and symposium with the Hamline Center for Justice and Law (November 2018)
  "Mass shootings: Pathways to prevention"

Commitment to Community Symposium at Hamline University (October 2018)
  "Big data, the internet, and violence"

Collateral Consequences: Life after Conviction at the Hamline University (October 2018)
  Moderated panel discussion of community leaders about policy solutions

Public suicide prevention at Hamline University (September 2018)
  "Suicide: Know the facts, know how to help"

First-year seminar adviser training at Hamline University (September 2018)
  "Student mental health and crisis response"

Public discussion and symposium with the Hamline Center for Justice and Law (July 2018)
  "The immigration crisis at the border"

Hamline University (October 2017)
  "Making sense of the violence in Las Vegas"

Hamline University Summer of Justice Series (July 2017)
  "Mass incarceration in Minnesota"

Hamline University (March 2016)
    "Unmaking a Murder"

Hamline University (December 2015)
    "Paris: An interdisciplinary panel discussion"

Hamline University (November 2015)
    "Training student to respond to shootings on campus: Is it worth it?"


## TEACHING EXPERIENCE

2015- Present  **Hamline University. St. Paul, MN**
    Crime and Justice in America
    Quantitative Methods in Criminal Justice
    Theories of Criminal Behavior
    Research Methods in Criminal Justice
    Forensic Psychology and Law
    Mental Illness in the Criminal Justice System
    Advanced Research in Forensic Psychology
    Forensic Psychology Seminar
    Criminal Justice Senior Capstone

2014 - 2015  **Metropolitan State University. Brooklyn Park, MN**
    Applied Criminology
    Literature in Criminal Justice
    Criminal Justice Capstone
    Graduate Research Methods Seminar
    Violent Crime Investigation

2010 - 2014  **Normandale Community College. Bloomington, MN**
    General Psychology   (in person, online, and hybrid courses)
    Psychology of Death and Dying
    Forensic Psychology and Law
    Research in Forensic Psychology

2011 - 2012  **Macalaster College. St. Paul, MN**
    Psychology and Law Seminar
    Introduction to Psychology

2010 - 2011  **St. Catherine University. St. Paul, MN**
    General Psychology with Lab


## GRANTS AND AWARDS

VIRAMONTES 003942
CCSAO 09/15/2022

Jillian K. Peterson, Ph.D.  Updated June 2021    Page 17

| 2021 | Hamline University's Circle of the Omicron Delta Kappa (ODK) Honor Society |
|---|---|
| 2018 | U.S. Department of Justice, Office of Justice Programs, and National Institute of Justice: Investigator-Initiated Research and Evaluation on Firearms Violence: *A multi-level, multi-method investigation into the psycho-social life histories of mass shooters* ($300,403.00) |
| 2018 | Hamline Faculty Advisor of the Year Award |
| 2018 | Society for the Psychological Study of Social Issues Grant ($2000) |
| 2016 | Hamline University Hannah Grant ($2500) |
| 2016 | Hamline University Ridgeway Forum Fund Fellowship ($2000) |
| 2016 | Hamline University Summer Research Collaborative ($500) |
| 2015 | Minnesota Campus Compact President's Award: Student Club Faculty Advisor |
| 2014 | Phi Theta Kappa Golden Apple Award:  Excellence in Teaching |
| 2013 | Phi Theta Kappa Golden Apple Award:  Excellence in Teaching |
| 2013 | Research funds for campus violence study at Normandale College ($300) |
| 2011 | University of California, Irvine:  Dean's Dissertation Fellowship ($10,000) |
| 2011 | Phi Theta Kappa Golden Apple Award:  Excellence in Teaching |
| 2010 | American Psychology-Law Society Grant-in-Aid ($750) |
| 2010 | Society for the Psychological Study of Social Issues Grant ($4000) |
| 2010 | UC Irvine: Data Gathering Dissertation Fellowship ($3000) |
| 2010 | American Psychology–Law Society Student Travel Award ($500) |
| 2010 | University of California, Irvine: Public Impact Fellowship ($1000) |
| 2009 | Distinctive Honors in Comprehensive Doctoral Examination |
| 2009 | National Science Foundation Graduate Research Fellowship: Honorable Mention |
| 2007 | University of CA, Irvine: Social Ecology Research Fellowship ($15,600) |

2007            University of CA, Irvine: Out-of-State Tuition Fellowship ($14,700)

2007            University of CA, Irvine: Social Ecology Fee Fellowship ($9,700)

---

## PROFESSIONAL AND COMMUNITY SERVICE

2020-present  Change Minnesota Advisory Board Member
                      Initiative to redesign recruitment, training, and education of peace officers

2020-prsent   Hamline University Faculty Institutional Relations Committee
                      Elected faculty committee member

2018-present  FBI Citizen Alumni Academy
                      Participating member of the Minneapolis FBI alumni association

2014-present  Journal of Law and Human Behavior
                      Policing: Journal of Law, Policy, and Practice
                      Criminal Justice and Behavior
                      Journal of Threat Assessment and Management
                      Peer reviewer –mental illness, psychopathy, mass shootings

2007-present  National Alliance on Mental Illness (NAMI). Costa Mesa, CA & St. Paul, MN
                      Organizer of campus "In Our Own Voice" Series

2017-2018     Minnesota Board of Peace Officer Standards and Training (POST)
                      Served on committee that wrote new learning objectives on mental health
                      and crisis intervention training for all officers in Minnesota.

2015-2019     Hamline Center for Justice and Law
                      Steering committee member, faculty director, event organizer

2014-2019     Immigrant Law Center of Minnesota. St. Paul, MN
                      Fundraiser for immigrants and refugees who need legal services in MN.

2015 - 2017   American Society of Criminology
                      Program committee member. Sub-area chair on mental health.

2015 - 2016   National Initiative for Building Community Trust and Justice
                      Faculty member consultant

2014 - 2015   Archdiocese Casefiles Research Group
                      Research team analyzing files of Minnesota priests accursed to child abuse

2014 - 2015   Simpson Housing Services. Minneapolis, MN
                      Mental Health Advisory Committee for homeless shelters

VIRAMONTES 003944
CCSAO 09/15/2022

| | |
|---|---|
| 2014 - 2015 | Offenders with Mental Illness Workgroup<br>Minnesota Department of Human Services policy development group |
| 2014 - 2015 | Metro State University Law Enforcement and Criminal Justice Student Club<br>Faculty club leader. Organizer of Ferguson panel and community forums. |
| 2014 - 2015 | Metropolitan State University Committee Service<br>Behavioral Intervention committee faculty representative<br>Human Subjects Review committee faculty representative |
| 2014 - 2015 | Fetal Alcohol Spectrum Disorders Clinic of Minnesota. St. Paul, MN<br>FASD Advisory Committee focused on criminal populations |
| 2013 - 2014 | Normandale Community College Committee Service<br>Research Advisory Committee faculty representative |
| 2009 - 2014 | Sheila Wellstone Institute. St. Paul, MN.<br>Winner of 2009 Wings of Justice award for violence prevention advocacy. |
| 2005 - 2006 | Minnesota Department of Corrections Restorative Justice Program. St. Paul, MN.<br>Volunteer mediator between victims and offenders in crimes of violence. |
| 2005-2006 | St. Paul Dispute Resolution Center. St. Paul, MN.<br>Volunteer community mediator. |
| 2002 | Chicago Death Penalty Clemency Hearings for Governor Ryan.<br>Prepared witnesses for testimony in front of the commission. |

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| 2019-present | FBI Citizen Academy |
| 2015-present | American Society of Criminology |
| 2015-present | American Criminal Justice Society |
| 2010-present | American Psychological Association |
| 2010-present | Society for the Psychological Study of Social Issues |

## ADDITIONAL TRAINING AND CERTIFICATION

| | |
|---|---|
| 2020 | ALICE Training – Mass Shooting Prevention<br>Online certification |
| 2020 | QPR Institute – Suicide Prevention<br>QPR Gatekeeper workshop |

| 2018 | FBI Citizen Academy |
| | 8-week intensive training program |

| 2017 | Mental Health First Aid |
| | 8-hour training and certification program |

| 2017 | Crisis Prevention Institute (CPI) |
| | 8-hour training and certification program |

| 2016 | Critical Incident Training for Minnesota Police Officers |
| | 40-hour training and certification program |

| 2016 | Public Policy Training Workshop |
| | Society for the Psychological Study of Social Issues. Minneapolis, MN |

| 2016 | Experiential Learning for Students |
| | Hamline summer training institute. St. Paul, MN |

| 2015 | Effective Communication Skills: Testifying for Legal Decision Makers |
| | American Academy of Forensic Psychology. Chicago, IL |

| 2015 | Higher Education, Community Engagement, and the Changing World of Work |
| | Minnesota Campus Compact Award Summit. St. Paul, MN |

| 2005 | University of Minnesota Center for Restorative Justice. St. Paul, MN |
| | Conducting restorative dialogue in cases of severe violence |
| | 40-hour training and certification program |

| 2005 | Dispute Resolution Center. St. Paul, MN |
| | Certified community mediator |
| | 40-hour training and certification program |

| 2002 | The Samaritans Suicide Prevention Training Program. New York, NY |

---

**MEDIA COVERAGE**

**Mass Shootings:**

Star Tribune (January 11, 2022)
 For one mom and army veteran, MOAs handling of shooting was a failure
CNN (December 27, 2021)
 Newsroom with Ryan Nobles
Wisconsin Public Radio (December 20, 2021)
 How schools respond to social media threats

NPR Indianapolis – WFYI (December 20, 2021)
  Gun violence and threats are on the rise at Indiana schools
New York Times (December 17, 2021)
  Some U.S. schools close after shooting rumors on social media
Vox Podcast: Today Explained (December 8, 2021)
  The Shooter's Parents
TBS FM This Morning - Seoul, South Korea (December 7, 2021)
  Discussion of the Michigan school shooting and how to avoid such incidents from
  happening
Limestone Press (December 7, 2021)
  Preparation versus security in preventing mass shootings
74 Million (December 7, 2021)
  ALICE, American's most controversial active-shooter training that teaches kids to fight
  back, saves dozens of lives in Oxford HS attack, CEO Claim
CNN (December 6, 2021)
  Newsroom with Jim Sciutto
CNN (December 5, 2021)
  Newsroom with Pamela Brown
NPR All Things Considered (December 5, 2021)
  School shootings: It's hard to spot the warning signs. Prevention steps can help
CNN (December 5, 2021)
  'Constant state of anxiety.' Yet another school shooting takes its psychological toll
Star Tribune (December 3, 2021)
  Two Minnesota professors have devoted their careers to researching mass shooters
Teen Vogue (November 3, 2021)
  Supreme Court Second Amendment case puts gun control laws at risk
ABC News (November 3, 2021)
  Guys and Guns: Why men are behind the vast majority of America's gun violence
Wisconsin Public Radio (October 26, 2021)
  How to stop the mass shooting epidemic, according to researchers who have chronicled
  every mass shooting in the US
PNJ News (October 26, 2021)
  "The Violence Project" book investigates mass shootings in order to find solutions
The 75 Million (October 15, 2021)
  Parkland School Shooting Suspect To Plead Guilty to Murdering 17 in Florida Attack,
  Moving Case Closer to Death Penalty Decision
Real Crime Profile Podcast (October 15, 2021)
  How to stop a mass shooting epidemic
Vice News (October 13, 2021)
  The Shooter's Wife: Noor Salman, wife of the pulse nightclub gunman, is ready to speak
C-Span (October 3, 2021)
  The Violence Project Book Launch
New York Times (October 1, 2021)
  I don't want to hit my children, I don't want to hit anybody
Washington Post (September 29, 2021)
  Rising and spreading murder rates means it's time to act on guns

VIRAMONTES 003947
CCSAO 09/15/2022

Washington Post (September 26, 2021)
As gun violence spreads to small towns, one suburb contends with a mass shooting's aftermath
Psychiatry and Psychotherapy Podcast (September 7, 2021)
Mass shootings: Interview with Criminologists Drs. Jillian Peterson and James Densley, the Argument for Data-Driven Nuance, and Steps for Prevention
74 Million (September 7, 2021)
How to stop a school shooter
Reprinted by Yahoo News
Pine Journal (September 7, 2021)
Book Review: What if mass shootings are the American way? Minnesota authors share what they learned
Pioneer Press (September 4, 2021)
Fall books from Minnesota writers - What a season!
Mental Health Today (September 1, 2021)
Handling associations between violence crime and mental illness with responsibility
Ontic Protective Intelligence Podcast (August 25, 2021)
Preventing the next attack: Implications of returning to in-person activity
Crime Stories with Nancy Grace (August 17, 2021)
Involuntary Celibate – Plymouth mass shooting case
Publisher Weekly (July 23, 2021)
How to Prevent Tragedy
Red, Blue, and Brady Podcast (June 25, 2021)
Unpacking The Violence Project
CNN News Room (June 19, 2021)
Discussion with Jessica Dean about the rise in mass shootings post pandemic
Re-run locally: Halfway through 2021, the US has seen more than 280 cases of mass shootings, including one in Iowa
Wall Street Journal (June 8, 2021)
Recent spate of mass shootings is among worst in U.S. history
John Hopkins Bloomberg School of Public Health - Public Health on Call (May 17, 2021)
Gun violence prevention
KUNM - NPR New Mexico (May 16, 2021)
No More Normal: Gun violence part 1
Associated press (May 14, 2021)
How do we prevent mass shootings? There's a new website to lead the way
Reprinted nationally
Associated Press (May 8, 2021)
Idaho shooting: Very few school incidents committed by girls
Reprinted nationwide including US News & World Report, ABC News, Washington Post
NBC News (April 21, 2021)
Experts believe a contagion effect could be tied to recent mass shootings
Reason Magazine (April 16, 2021)
Do mass shootings inspire more mass shootings? If so, what can be done about that?
Wall Street Journal (April 16, 2021)
Indianapolis FedEx Shooting: Brandon Hole, the victims, what we know

VIRAMONTES 003948
CCSAO 09/15/2022

Jillian K. Peterson, Ph.D.  Updated June 2021    Page 23

Global News (April 12, 2021)
How ending child abuse and improving mental health care could prevent mass shootings
Wall Street Journal (April 1, 2021)
America's failed attempted to ban assault weapons
The 74 Million (March 30, 2021)
After a year without mass school shootings, experts sound the alarm about 'return to normal'
Crime Report (March 29, 2021)
Why are almost all mass shooters men?
All Things Considered – National Public Radio (March 27, 2021)
Why nearly all mass shooters are men
Vice News Tonight (March 25, 2021)
How to prevent the next mass shooting
New York Times (March 25, 2021)
A heavily armed man at a grocery store adds to anxiety in Atlanta
WWL Radio (March 25, 2021)
Mass shootings in the US
The Trace (March 25, 2021)
The way we think about mass shootings ignores many black victims
Reprinted - Slate
WBEZ Chicago (March 24, 2021)
Atlanta, Boulder tragedies are stark reminder mass shootings may be part of our 'return to normal'
USA Today (March 24, 2021)
For the COVID pandemic we wear masks. For the pandemic of gun violence, what do we do?
The Guardian (March 24, 2021)
US saw estimated 4,000 extra murders in 2020 amid surge in daily gun violence
Associated Press (March 24, 2021)
Haunted by violence, Colorado confronts painful history
Reprints (partial list):  NBC News New York, Star Tribune, Washington Post, Sentinel Colorado, Voices of America
Wall Street Journal (March 23, 2021)
Boulder shooting suspect charged with 10 counts of murder
New York Times (March 23, 2021)
A list of recent mass shootings in the United States
New York Times (March 22, 2021)
First Atlanta, then Boulder: Two mass shootings in a week
Reprinted (partial list) - People Magazine, Insider, Seattle Times, Refinery29, New Statesman, Poynter, Boston Globe, Business Insider
New York Times (March 19, 2021)
Mass shootings in public spaces had become less frequent during the pandemic
CNN Documentary (March 10, 2021)
Locks, lights, out of sight: How lockdown drills affect America's children
Insider (March 3, 2021)
With schools returning to in person learning, the threat of classroom shootings follows. Here's how experts say we can prevent them from happening

USA Today Column (February 26, 2021)
    Immunization not ammunition: School safety means fewer guns
    Reprints - Arizona Republic, Indianapolis Sun,  Milwaukee Journal Sentinel, Greenville News, Detroit Free Press, Statesman Journal
Seattle's Morning Show on KIRO Radio (February 25, 2021)
    Armed officers triple mortality in school shootings, study finds
Minnesota Public Radio (February 16, 2021)
    New research finds armed officers increases likelihood of mortality at school shootings
Pioneer Press (January 13, 2021)
    In a time of pandemic and riot, crime was up 15 percent in St. Paul last year
Associated Press (December 2020)
    In a year of pain, one silver lining: Fewer mass shootings
    Re-printed nationally - Washington Post, ABC News, NBC News Chicago, MSN
New York State Bar Association (November 2020)
    Final Report from the Task Force on Mass Shootings & Assault Weapons
Ontic - Protective Intelligence Podcast (November 4, 2020)
    The patterns behind mass shootings and the creation of The Violence Project
A Peace of My Mind Podcast (August 27, 2020)
    A Peace of My Mind: Cry Out
Bloomberg News – Government (August 10, 2020)
    Virus job losses, evictions seen risking mass attacks in future
KETK Fox News Austin (August 3, 2020)
    No mass shootings in the U.S. since the pandemic started - what about once it's over?
The Trace (July 29, 2020)
    Expanded mass shootings database fleshes out the characteristics of perpetrators
Business Insider (July 28, 2020)
    Database of mass shooters revised and expanded
Yahoo News (July 28, 2020)
    Database of mass shooters revised and expanded
Financial Times (July 28, 2020)
    Database of mass shooters revised and expanded
Minnesota Public Radio, Angela Davis Show (July 7, 2020)
    Do police officers belong in schools?
Newsy (June 10, 2020)
    Minnesota calls for increased oversight of police training goals
The Crime Report (May 29, 2020)
    As quarantine ends, will mass shootings return?
The Washington Post (May 28, 2020)
    Gatherings as states re-open could spell return of another dark American phenomenon: Mass shootings
Newsgram (May 10, 2020)
    Here's the full history of mass shooters from U.S.A.
Breitbard (April 2, 2020)
    Houston Police Chief: Burglaries up 20 percent after coronavirus stay-home orders
Star Tribune (March 31, 2020)
    Minneapolis police, merchants wary of rise in business burglaries after lockdown order.

VIRAMONTES 003950
CCSAO 09/15/2022

Vice News (March 15, 2020)
  This woman survived a mass shooting and is working to prevent the next one
Los Angeles Times (February 26, 2020)
  How many mass shootings might have been prevented by stronger gun laws?
Voices of America Special Report (February 15, 2020)
  History of mass shooters
The Takeaway (February 13, 2020)
  Parents are fighting gun violence through their school boards.
Post Bulletin (February 13, 2020)
  NEA Report: Just say no to active shooter drills.
NBC News (February 10, 2020)
  How moms are quietly passing gun safety policy through school boards
The Trace (January 3, 2020)
  2020 will be a big year for the gun issue.
ABC News Tampa Bay (January 1, 2020)
  New database tracks commonalities among mass shooters
WITF (December 27, 2019)
  2019 Smart Talk top stories - research on guns and mass shooters.
The Post and Courier (December 18, 2019)
  Dorchester school district to offer active-shooter survival training to community in 2020
USA Today (December 2, 2019)
  A New York village averted a potential school shooting. Parents are still furious.
Star Tribune Editorial (November 27, 2019)
  Gathering useful data on mass shootings
Fox News (November 22, 2019)
  Mass shooters have four things in common, new study finds
Public News Service (November 21, 2019)
  Report: most mass shooters have 4 things in common
Associated Press (November 20, 2019)
  Minnesota Violence Project Aims to Understand Mass Shootings
  Nationally syndicated, e.g., ABC News, New York Times, Washington Post, US News and World Report, The Joplin Globe, San Francisco Chronicle, Valley News Live, Houston Chronicle, St. Cloud Times, KNSI, Portland Press Herald, Voice of America
Daily Mail (November 20, 2019)
  Almost all US mass shooters since 1966 have four things in common: Childhood trauma, a personal crisis, examples that validate their feelings, and access to a firearm
KSTP-TV (November 19, 2019)
  Local researchers release largest study on mass shootings
Pioneer Press (November 19, 2019)
  St. Paul profs compiled database of U.S. mass shooters… and corresponded with six of them
  Reprint: Brainerd Dispatch, Post Bulletin, Southern Minn
MPR News (November 19, 2019)
  Minnesota-made tool tracks the how and why behind mass shootings
Vice (November 19, 2019)
  Nearly all mass shooters since 1966 have had 4 things in common

VIRAMONTES 003951
CCSAO 09/15/2022

Database of Mass Shooters Compiled by Hamline Students Released for Public Use
Presse release (November 19, 2019)
Markets Insider; Herald Review; Mesabi Daily News; Yahoo!; PR Newswire; UB
University Business
KSTP-TV (November 18, 2019)
Raising red flags: Minnesota police chiefs and sheriffs weigh in on gun law
KQED News (November 18, 2019)
Santa Clarita school shooter fits profile of other K-12 shooters, according to new
database
Star Tribune (November 15, 2019)
Hamline, Metro State professors create a database to shed light on mass shootings
FiveThirtyEight (November 14, 2019)
Why nonprofits can't research gun violence as well as the feds
Crime Report (November 14, 2019)
Can mass shooter attacks be prevented?
Wall Street Journal (November 13, 2019)
Mass shootings raise questions about security and training
Reprints: Kaiser Health News, Politico
Reader's Digest (November 12, 2019)
Years of research finds that most school shooters have 4 things in common
The Hill (November 5, 2019)
Mass shooters are contagious. How can they be stopped?
ABS-CBN News – Philippines (October 9, 2019)
Germany shooting livestreamed despite efforts by tech firms
Newsweek (October 2, 2019)
Gen Z, millennials twice as concerned about active shooters as baby boomers, survey
Reader's Digest (October 1, 2019)
10 undeniable facts about mass shootings in America
Inside Higher Ed - Academic Minute (September 30, 2019)
Mass Shooter Database
CNN (September 24, 2019)
Companies can use VR to train employees for mass shootings. But should they?
ABC News (September 6, 2019)
Campaign says new gun control measures may pose political problem for Trump
Vox (September 6, 2019)
Mass Shootings: The case against mass panic
The Daily Wire (September 2, 2019)
Report details stunning amount of free publicity media gives mass shooters
In Sickness and In Health Podcast (September 2019)
Gun violence in America: The psychology of mass shooters
Insider (August 27, 2019)
Americans can't just arrest its way out of a mass shooting epidemic, experts say
Campus Security Magazine (August 29, 2019)
At least 30 arrested for mass shooting threats in past three weeks
Time Magazine (August 23, 2019)

VIRAMONTES 003952
CCSAO 09/15/2022

Have police really thwarted more mass shootings since El Paso and Dayton, or are we just paying closer attention?
Houston Chronicle (August 23, 2019)
We can address mass shootings by reducing childhood trauma and mitigating its impact
Business Insider (August 22, 2019)
Police are trying to arrest their way out of a mass shooting epidemic, and experts warn it could have dire consequences
Market Watch (August 22, 2019)
Can anything be done to prevent gun violence at work?
Columbia Journalism Review (August 216, 2019)
Why it's wrong to blame mass killings on mental illness
Ed Surge (August 15, 2019)
Can teachers be trained to prevent future school shootings? Researchers say yes
KFOX TV (August 15, 2019)
Do mass shooters share common traits?
Pittsburgh NPR - WESA (August 15, 2019)
Active shooter drills can harm participants' mental health
Public Source (August 14, 2019)
Active shooter drills have become common in Pittsburgh-area schools but mental health effects remain unknown
Medium (August 14, 2019)
Why isn't there already an algorithm to predict school shooters?
WITF Smart Talk (August 13, 2019)
Research on mass shooters
KARE 11 News (August 12, 2019)
School shooters—the data says, running our kids thru lockdown drills may not be the best plan
Wisconsin Public Radio (August 12, 2019)
What are warning signs of mass violence, and what should we do when we see them?
NBC News National (August 11, 2019)
How suicide prevention may help stop mass killers before they start shooting
New Zealand Herald (August 11, 2019)
The making of a mass shooter: What contributes to a killer opening fire on strangers?
San Francisco Examiner (August 11, 2019)
Trying to understand and prevent mass shootings
New York Times (August 10, 2019)
A common trait among mass killers: hatred toward women
Star Tribune (August 10, 2019)
'Modern gun' or weapon of war? Carnage heightens scrutiny of popular, widely available assault rifles
Wall Street Journal (August 8, 2019)
Lost in life, El Paso suspect found a dark world online
Ken Rudin's Political Junkie (August 8, 2019)
Episode 289: Guns, hate, and inaction
Med Page (August 8, 2019)
Mass shootings and mental illness: a teaching moment?

VIRAMONTES 003953
CCSAO 09/15/2022

The Trace (August 7, 2019)
 Daily Bulletin: The FBI Opened a Domestic Terror Investigation into the Gilroy Shooting
CBS News National (August 6, 2019)
 Video game makers face backlash after El Paso shooting
WCCO News (August 6, 2019)
 Violence project seeks to shift focus from reaction to prevention in mass shootings
National Public Radio (August 6, 2019)
 Mass shootings can be contagious, research shows
 Republished on KERA News, KCRW, KUNC, Northern Public Radio, South Carolina
 Public Radio, Wyoming Public Radio, Hawaii Public Radio
CBS News National (August 6, 2019)
 Mental Illness isn't main driver of mass shootings, experts say
CBS This Morning (August 6, 2019)
 Commonalities found among mass shooters
The Daily Public (August 6, 2019)
 Grievances, access to guns, notoriety associated with shootings
 Re-prints on Echo Press, Duluth News Tribune, Post Bulletin, Southern Minn.
Washington Post (August 6, 2019)
 The Health 202: Trump blamed mental illness for mass shootings. The reality is more
 complicated
 Republished on SFGATE, USA News Hub.
Yahoo Entertainment (August 6, 2019)
 What will prevent white nationalist attacks?
Global News (August 6, 2019)
 Here's what we know about the suspected gunmen in the El Paso, Dayton shootings
Cheddar (August 6, 2019)
 Four things most mass shooters have in common
MPR News – Angela Davis Show, All Things Considered (August 5, 2019)
 What do we know about mass shooters?
NBC News National (August 5, 2019)
 Mass shootings: Experts say violence is contagious, and 24/7 news cycle doesn't help
NBC News National (August 5, 2019)
 Do Something!': Mass shootings in Texas and Ohio stun nation: The Morning Rundown
Washington Post (August 5, 2019)
 Politicians blame video games for the El Paso shooting. It's an old claim that's not
 backed by research
The Atlantic (August 5, 2019)
 Why many mass shooters are 'loners'
Huffington Post (August 5, 2019)
 Mass shooters seek 'validation' for their murderous attacks, say experts for DOJ
NBC News MSN (August 5, 2019)
 Mass Shootings: Experts say violence is contagious, and 24/7 news cycle doesn't help
NBC7 San Diego (August 5, 2019)
 Shootings tied to white extremists on rise, workplace shootings more common
Minnesota Public Radio (July 24, 2019)
 MN Researchers Roll Out Revolutionary Approach to School Safety Training

VIRAMONTES 003954
CCSAO 09/15/2022

Partial List: Austin Daily Herald, Campus Security and Life Safety, SouthernMinn
Interview with ProPublica (June 25, 2019)
Aggression detectors: The unproven, invasive surveillance technology schools are using to monitor students
National Public Radio – 1A with Joshua Johnson (June 4, 2019)
How can we prevent workplace shootings?
Philly Daily News (May 3, 2019)
Many campus shootings have similarities. Studying them might prevent more tragedy, researchers say
Associated Press (March 30, 2019)
Experts: Minnesota strategy on school gun attacks wrong
Partial List: U.S. News and World Report, San Francisco Chronicle, Washington Times
Minnesota Public Radio (March 29, 2019)
Current school safety measures aren't enough to prevent shootings
Capitol View (March 28, 2019)
Daily Digest: School safety and guns
Minnesota Public Radio (March 27, 2019)
Minnesota researchers say we're still getting school safety wrong
Re-published in Austin Daily Herald
One-hour segment with Kerri Miller on Minnesota Public Radio (February 14, 2019)
One year after Parkland, are Americans equipped to prevent school shootings?
WCCO Radio  (November 10, 2019)
Researchers: Suicidal Behavior Precedes Mass Shootings, But No Real Pattern
Kare 11 News (November 8, 2018)
Study could soon bring student researchers face to face with mass shooters
KSTP News (November 8, 2018)
MN researchers mass shooter database gets federal funding
Kare 11 In the News (July 3, 2018)
Local researchers compile mass shooting database
Fatherly (May 1, 2018)
Active shooter drills are traumatizing a generation
BBC Mundo (March 1, 2018)
Now I have to go back to where my friends were killed": the hard return to school of a Venezuelan girl after the Parkland shooting
Star Tribune (February 15, 2018)
How many school shootings depends on how you define them
Associated Press (December 11, 2017)
Mass shootings aren't more frequent but they are deadlier
Partial List:  New York Times , ABC News, Fox News, Minnesota Public Radio, San Francisco Chronical
Associated Press (October 14, 2017)
Partial List:  U.S. News and World Report,  Seattle Times, San Francisco Chronicle, Washington Times
Minnesota Public Radio (October 8, 2017)
This shooter is a little different" Hamline professor studies mass shootings
KARE 11 News (October 3, 2017)

VIRAMONTES 003955
CCSAO 09/15/2022

Hamline team researchers the 'why' behind mass shootings
WCCO News (October 2, 2017)
How common are mass shootings?
KARE 11 News (October 2, 2017)
Trying to make sense of mass shootings


**Crisis Intervention:**

Minnesota Public Radio (September 12, 2019)
Don't suck it up but talk it out: Cops get help for trauma
Star Tribune (February 23, 2019)
Minnetonka police see sharp drop in mental health crisis calls after taking new training program
Minnesota Public Radio (September 4, 2018)
 Minnetonka cops connect with mental health workers to defuse crises
Associated Press (September 9, 2018)
Minnetonka police train for mental health crisis
Star Tribune (August 24, 2018)
Hamline criminology expert says we all can learn skills to defuse a crisis
Star Tribune (July 31, 2018)
Minnetonka police want to connect mental-crisis callers with therapist
Star Tribune (September 16, 2017)
How a Minnesota program could become the new standard in crisis intervention training


**Mental Illness in the Criminal Justice System:**

APA Monitor on Psychology (April 1, 2021)
Mental illness and violence: Debunking myths, addressing realities
Minnesota Public Radio (May 16, 2019)
Interview with Alisa Roth on the Criminalization of Mental Illness
WCCO News (June 30, 2017)
BCA: Crime hits 50-year low in Minnesota
WCCO Radio (June 6, 2017)
An inside look at Rikers Island Jail
Fox 9 News (August 11, 2015)
10-year-old Kids can be tried as Adults in Wisconsin
Huffington Post Live (August 7, 2015)
NYC Initiative Serving Violent Mentally Ill People
KSTP News (April 1, 2015)
Profiler says Minneapolis Sex Assault Suspect Indicates He Could Attack Again
KSTP News (September 12, 2014)
Inside a Criminal's Psyche:  Ty Hoffman on the Run
MinnPost (April 30, 2014)
Untangling the Relationship (if any) Between Mental Illness and Crime

VIRAMONTES 003956
CCSAO 09/15/2022

Jillian K. Peterson, Ph.D.  Updated June 2021    Page 31

American Psychological Association (April 21, 2014)
    Press Release:  Mental Illness Not Usually Linked to Crime, Research Finds
    Partial List:  US News & World Report, The Examiner, The Guardian