# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUSAN KAREN GOLDMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:22-cv-04774 |
| v. ) | |
| ) | Hon. Harry D. Leinenweber |
| CITY OF HIGHLAND PARK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   See ECF Service List.

PLEASE TAKE NOTICE that on March 3, 2023, I filed the **Defendants' Response to Plaintiff's Motion for Rule 40.4 Reassignment of Related Cases**.

    Respectfully submitted,
    KIMBERLY M. FOXX
    State's Attorney of Cook County
    */s/ Jessica L. Wasserman*
    Jessica L. Wasserman
    Edward M. Brener
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    (312) 603-5971
    jessica.wasserman@cookcountyil.gov