## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cutberto Viramontes, et al.

                    Plaintiff,

v.                                       Case No.: 1:21−cv−04595
                                          Honorable Rebecca R. Pallmeyer

The County of Cook, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 6, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Members of the public and media will be able to call in to listen to the Microsoft Teams video hearing scheduled for 3/8/23 at 1:00 pm. The courtroom deputy sent a link to the video hearing to the attorneys of record. The call in number is: 312−646−0998 and access code is: 501 065 584#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.