**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, *et al.*, | ) ) ) | Case No. 1:21-cv-04595 |
| Plaintiffs, | ) ) | Judge: Rebecca R. Pallmeyer |
| vs. | ) ) | Magistrate Judge: Susan E. Cox |
| THE COUNTY OF COOK, a body politic and corporate, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

The Motion of the Chicago Board of Rabbis for Leave to File Brief as *Amicus Curiae Instanter* is hereby GRANTED. The Court GRANTS the Chicago Board of Rabbis *amicus curiae* status and GRANTS its request to file its Brief in Support of Defendants' Motion for Summary Judgment. The Clerk is directed to accept the proffered brief for filing.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2022.

_____
The Honorable Rebecca R. Pallmeyer
United States District Judge