IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al. | : |
| Plaintiffs, | : |
| v. | : Case No. 1:21-cv-04595 |
| | : Chief Judge Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, et al. | : |
| Defendants. | : |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF**

Plaintiffs, by and through the undersigned counsel, respectfully move this court for leave to file a response to the Defendants' motion for summary judgment in excess of 15 pages. In support of this motion, Plaintiffs state as follows:

1. On March 3, 2023, the Defendants moved for summary judgment against Plaintiffs. *See* Doc. 80.

2. The Defendants' motion was supported by a statement of 339 facts, and a 48-page brief. *See* Docs 81 & 82.

3. In order to adequately address the arguments presented in Defendants' brief, Plaintiffs require an extension of the 15-page limit for response briefs.

4. Plaintiffs request a page limit of 48 pages, to match the Defendants' submission.

5. Defendants consent to this extension.

WHEREFORE, the Plaintiffs request that this Court grant leave to file a response to the Defendants' motion for summary judgment that is not in excess of 48 pages.

Dated: April 20, 2023                                    Respectfully Submitted,

                                                        /s/ David H. Thompson
David G. Sigale (Atty. ID# 6238103)                     David H. Thompson*
LAW FIRM OF DAVID G. SIGALE, P.C.                       Peter A. Patterson*

1

| | |
|---|---|
| 430 West Roosevelt Road<br>Wheaton, IL 60187<br>(630) 452-4547<br>dsigale@sigalelaw.com | William V. Bergstrom*<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br>dthompson@cooperkirk.com<br>ppatterson@cooperkirk.com<br>wbergstrom@cooperkirk.com<br>   *Admitted p*ro hac vice*<br><br>*Attorneys for Plaintiffs* |