# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al. | : |
| Plaintiffs, | : |
| | : Case No. 1:21-cv-04595 |
| v. | : |
| | : Chief Judge Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, et al. | : |
| Defendants. | : |

## DECLARATION OF ALAN GOTTLIEB

I, Alan Gottlieb, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a citizen of Washington and am over eighteen years of age. My statements herein are based on personal knowledge and experience.

2. I am Executive Vice President for the Second Amendment Foundation. I have held this position or the President of the organization since 1974. In this capacity, I have access to, and personal knowledge of, SAF's membership information and practices.

3. SAF is a nonprofit educational foundation incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF seeks to preserve the effectiveness of the Second Amendment through education, research, publishing, and legal action programs focused on the constitutional right to keep and bear arms and the consequences of gun control.

4. SAF has members throughout the United States, some of whom reside in Cook County.

5. Plaintiffs Viramontes and Khaya are members of SAF.

6. SAF brings this action as a public interest organization on behalf of its individual members in Cook County who are prohibited from possessing the firearms banned by the laws at issue in this case.

7. The injuries suffered by these members are germane to the core purposes of SAF.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on April 21, 2023

*/s/ Alan M. Gottlieb*

Alan Gottlieb