IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEREN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, *et al.*, | |
| Plaintiffs, | Case No. 1:21-cv-04595 |
| v. | Assigned Judge: Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, a body politic and corporate, *et al.*, | Designated Magistrate Judge: Susan E. Cox |
| Defendants. | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS

Defendants, the County of Cook, Toni Preckwinkle in her official capacity, Kimberly M. Foxx in her official capacity, and Thomas Dart in his official capacity, by their attorney, Kimberly M. Foxx, State's Attorney of Cook County, and through her Assistants, pursuant to Local Rule 56.1(c)(2), for their Response to Plaintiffs' Statement of Additional Material Facts state as follows:

1. Plaintiff Firearms Policy Coalition, Inc. is a nonprofit organization incorporated under the laws of Delaware, with its principal place of business in Clark County, Nevada. *See* Decl. of Brandon Combs ¶ 3 (April 21, 2023), attached as Exhibit 1.

**RESPONSE: Defendants admit.**

2. FPC seeks to defend and promote the People's rights—including the right to keep and bear arms—advance individual liberty, and restore freedom. FPC serves its members and the public through legislative advocacy, grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs. *Id.*

**RESPONSE: Defendants dispute this paragraph to the extent it is argumentative and advances legal argument in violation of Local Rule 56.1(e)(2). Defendants admit FPC**

1

Case: 1:21-cv-04595 Document #: 105 Filed: 05/08/23 Page 2 of 3 PageID #:3723

**engages in legislative and grassroots advocacy, litigation and legal efforts, research, education, outreach, and other programs in furtherance of its view of Second Amendment rights.**

3. FPC has members throughout the United States, some of whom reside in Cook County. *Id.* ¶ 4.

**RESPONSE: Defendants admit.**

4. Plaintiffs Viramontes and Khaya are members of FPC. *Id.* ¶ 5.

**RESPONSE: Defendants admit.**

5. This case is germane to the core purposes of FPC. *Id.* ¶¶ 6–7.

**RESPONSE: Defendants dispute this paragraph to the extent that the cited evidence asserts Plaintiffs have suffered an injury as a result of the laws at issue in this case See Plaintiffs' Exhibit 1, ¶¶ 6-7.**

6. Plaintiff Second Amendment Foundation is a nonprofit educational foundation incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. *See* Decl. of Alan Gottlieb ¶ 3 (April 21, 2023), attached as Exhibit 2.

**RESPONSE: Defendants admit.**

7. SAF seeks to preserve the effectiveness of the Second Amendment through education, research, publishing, and legal action programs focused on the constitutional right to keep and bear arms and the consequences of gun control. *Id.*

**RESPONSE: Defendants dispute this paragraph to the extent it is argumentative and advances legal argument in violation of Local Rule 56.1(e)(2). Defendants admit SAF engages in education, research, publishing, and legal action programs in furtherance of its view of Second Amendment rights.**

8. SAF has members throughout the United States, some of whom reside in Cook

County. *Id.* ¶ 4.

**RESPONSE: Defendants admit.**

9. Plaintiffs Viramontes and Khaya are members of SAF. *Id.* ¶ 5.

**RESPONSE: Defendants admit.**

10. This case is germane to the core purposes of SAF. *Id.* ¶¶ 6–7.

**RESPONSE: Defendants dispute this paragraph to the extent that the cited evidence asserts Plaintiffs have suffered an injury as a result of the laws at issue in this case See Plaintiffs' Exhibit 2, ¶¶ 6-7.**

Dated: May 8, 2023

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: /s/ Megan M. Honingford
Megan M. Honingford
Jessica M. Scheller
Prathima Yeddanapudi
Assistant State's Attorneys
500 Richard J. Daley Center
50 West Washington Ave.
Chicago, IL 60602
(312) 603-3630
Megan.honingford@cookcountyil.gov

3