# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CUTBERTO VIRAMONTES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 21 CV 4595 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | Magistrate Judge Susan E. Cox |
| THE COUNTY OF COOK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER**

The parties agree to the following briefing schedule regarding Defendants' May 8, 2023 Motion to Strike (ECF No. 104): Plaintiffs shall file their response on or before May 22, 2023; and Defendants shall file their reply, if any, on or before June 5, 2023.

**ENTERED:**

5/9/2023

_____
United States District Judge

By Agreement:

/s/ William V. Bergstrom  
William V. Bergstrom  
Cooper & Kirk, PLLC  
1523 New Hampshire Ave., N.W.  
Washington, DC 20036  
(202) 220-9600  
wbergstrom@cooperkirk.com  

*One of the attorneys for Plaintiffs*

/s/ Edward M. Brener  
Cook County Assistant State's Attorney  
50 W. Washington  
Fifth Floor  
Chicago, IL 60602  
(312) 603-5971  
edward.brener@cookcountyil.gov  

*One of the attorneys for Defendants*