# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Cutberto Viramontes, an individual and resident of Cook County, Illinois; | : <br> : <br> : Case No.: 1:21-cv-04595 |
| Christopher Khaya, an individual and resident of Cook County, Illinois; | : <br> : Honorable Rebecca R. Pallmeyer |
| SECOND AMENDMENT FOUNDATION; *and* | : |
| FIREARMS POLICY COALITION, INC., | : |
| *Plaintiffs*, | : |
| v. | : |
| THE COUNTY OF COOK, a body politic and corporate; | : |
| TONI PRECKWINKLE, in her official capacity as County Board President and Chief Executive Officer of Cook County; | : |
| KIMBERLY M. FOXX, in her official capacity as State's Attorney; *and* | : |
| THOMAS DART, in his official capacity as Sheriff, *Defendants*. | : |

**MOTION FOR LEAVE TO WITHDRAW
THE APPEARANCE OF BRIENNE M. LETOURNEAU**

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw her appearance on behalf of amicus Chicago Board of Rabbis in this action. Jeremy Hillel Salinger of Willkie Farr & Gallagher LLP will continue as counsel of record for the Chicago Board of Rabbis. The Chicago Board of Rabbis has been informed of and consents to the requested withdrawal.

Dated: May 17, 2023                    Respectfully submitted,

By: */s/ Brienne M. Letourneau*

Brienne M. Letourneau
WHITE & CASE LLP
111 S. Wacker Dr.
Chicago, IL 60606
Phone: (312) 881-5400
Facsimile: (312) 881-5401

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I electronically filed Defendant's Motion to Withdraw Brienne Letourneau as counsel of record with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following participants.

*/s/ Brienne Letourneau*
Brienne Letourneau