IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEREN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF COOK, a body politic and corporate, *et al.*, <br><br> Defendants. | Case No.  1:21-cv-04595 <br><br> Assigned Judge:  Rebecca R. Pallmeyer <br><br> Designated <br> Magistrate Judge:  Susan E. Cox |

### DEFENDANTS' LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS

Defendants, the County of Cook, Toni Preckwinkle in her official capacity, Kimberly M. Foxx in her official capacity, and Thomas Dart in his official capacity, by their attorney, Kimberly M. Foxx, State's Attorney of Cook County, and through her Assistants, pursuant to Local Rule 56.1(b)(3)(C), for their Statement of Additional Undisputed Material Facts state as follows:

Pursuant to this court's May 24, 2023 Order, Defendants hereby adopt the Local Rule 56.1 Statement of Undisputed Material Facts filed in support of their Motion to Dismiss (Dkt. 81) as their Statement of Additional Undisputed Material Facts in opposition to Plaintiffs' Motion for Summary Judgment.

Dated: June 1, 2023

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By:  /s/ *Jessica M. Scheller*
Jessica M. Scheller
Prathima Yeddanapudi
Silvia Mercado Masters
Assistant State's Attorneys
500 Richard J. Daley Center
50 West Washington Ave.

1

Chicago, IL 60602<br>
(312) 603-6934<br>
Jessica.Scheller@cookcountyil.gov

## CERTIFICATE OF SERVICE

      I, Jessica M. Scheller, hereby certify that on June 1, 2023 I caused a true and correct copy of the Defendants' Local Rule 56.1(b)(3)(c) Statement of Additional Undisputed Material Facts be sent via e-filing to all counsel of record in accordance with the rules regarding the electronic filing and service of documents.

                                        */s/ Jessica M. Scheller*
                                        Jessica M. Scheller
                                        Assistant State's Attorney
                                        50 W. Washington, 5th Floor
                                        Chicago, Illinois 60602
                                        (312) 603-6934
                                        Jessica.Scheller@cookcountyil.gov