IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CUTBERTO VIRAMONTES, et al. : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 1:21-cv-04595 |
| v. : | |
| : | Chief Judge Rebecca R. Pallmeyer |
| THE COUNTY OF COOK, et al. : | |
| : | |
| Defendants. : | |

**PLAINTIFFS' LOCAL RULE 56.1(C)(2) RESPONSE TO DEFENDANTS' STATEMENT OF ADDITIONAL MATERIAL FACTS**

Plaintiffs Cutberto Viramontes, Christopher Khaya, Second Amendment Foundation, and Firearms Policy Coalition, Inc., pursuant to Local Rule 56.1(c)(2), for their response to Defendants' Local Rule 56.1(b)(3)(C) Statement of Additional Undisputed Material Facts states as follows:

Pursuant to this Court's May 24, 2023 Order, Plaintiffs adopt their Response to Defendants' Statement of Material Facts filed in opposition to Defendants' Motion for Summary Judgment (Doc. 99) as their Response to Defendant's Statement of Additional Material Facts in support of Plaintiffs' motion for summary judgment.

1

Dated: June 13, 2023

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
(630) 452-4547
dsigale@sigalelaw.com

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
  *Admitted *pro hac vice*

*Attorneys for Plaintiffs*