UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Cutberto Viramontes, et al.
                    Plaintiff,

v.                                      Case No.: 1:21−cv−04595
                                        Honorable Rebecca R. Pallmeyer

The County of Cook, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: No objection having been filed, motion of the Chicago Board of Rabbis for leave to file amicus brief [90] is granted. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.