UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> THE COUNTY OF COOK, a body politic and corporate, *et al.*, <br><br> Defendant(s). | No. 21 C 4595 <br><br> Judge Rebecca R. Pallmeyer |

## ORDER

The court is prepared to rule on the parties' cross-motions for summary judgment, but notes a concern about justiciability, raised in part by the parties in this case while the appeal was pending in *Bevis v. City of Naperville*, 84 F.4th 1175 (7th Cir. 2023). That case has now been decided; the Court of Appeals declined to enjoin enforcement of the State of Illinois' assault-weapons ban, leaving that ban in place for now. Because Illinois' assault-weapons ban remains the law, Plaintiffs' injuries may not be redressable in this lawsuit, which challenges Cook County's nearly indistinguishable ban. The court is mindful that Illinois' and Cook County's assault-weapons bans are not identical, and that daylight between the two could be relevant in determining whether one or more of the remaining Plaintiffs' injuries could be redressed by a decision in their favor. As the court is uncertain whether this is the case without more information, it directs the parties to show cause within 21 days why this case should not be dismissed without prejudice.

ENTER:

Dated: February 5, 2024

_____
REBECCA R. PALLMEYER
United States District Judge