# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, Rubi Joyal, an individual and resident of Cook County, Illinois, Christopher Khaya, an individual and resident of Cook County, Illinois, SECOND AMENDMENT FOUNDATION, and FIREARMS POLICY COALITION, INC.,

Plaintiff(s),

v.

THE COUNTY OF COOK, a body politic and corporate, TONI PRECKWINKLE, in her official capacity as County Board President and Chief Executive Officer of Cook County; KIMBERLY M. FOXX, in her official capacity as State's Attorney, and THOMAS DART, in his official capacity as Sheriff,

Defendant(s).

Case No. 21-cv-04595
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $           ,

  which ☐ includes   pre–judgment interest.
  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) The County of Cook, Toni Preckwinkle, Kimberly M. Foxx, and Thomas Dart.
     and against plaintiff(s) Cuberto Viramontes, Christopher Khaya, Second Amendment Foundation, and Firearms Policy Coalition, Inc.
.
  Defendant(s) shall recover costs from plaintiff(s).

☐ other: _____

---

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer. The court granted Defendants' motion for summary judgment [80] and denied Plaintiffs' [100]; it also denied Defendants' motion to strike [104] as moot. Plaintiff Rubi Joyal was previously dismissed on 4/25/2022 [34].


Date:  3/1/2024                                   Thomas G. Bruton, Clerk of Court

                                                  Christina Presslak , Deputy Clerk