# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CUTBERTO VIRAMONTES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE COUNTY OF COOK, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-04595 <br><br> Chief Judge Rebecca R. Pallmeyer |

## NOTICE OF APPEAL

Plaintiffs Cutberto Viramontes, Christopher Khaya, Second Amendment Foundation, and Firearms Policy Coalition, Inc., hereby appeal to the United States Court of Appeals for the Seventh Circuit from this Court's order and judgment entered on March 1, 2024, in this case (Docs. 129 & 130).

Dated: March 15, 2024

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street,
Suite 230
Lombard, IL 60148
(630) 452-4547
dsigale@sigalelaw.com

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs- Appellants*