## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Case No. 24-_____

| | |
|---|---|
| CUTBERTO VIRAMONTES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE COUNTY OF COOK, *et al.*, <br><br> *Defendants*. | On Appeal from the United States District Court for the Northern District of Illinois <br><br> Case No. 1:21-cv-04595 <br><br> Hon. Rebecca R. Pallmeyer |

## DOCKETING STATEMENT

Plaintiff Cutberto Viramontes, Christopher Khaya, Second Amendment Foundation, and Firearms Policy Coalition, Inc., allege that Cook County ordinances violate the Second and Fourteenth Amendments to the United States Constitution. Plaintiffs bring those claims against the County of Cook, Toni Preckwinkle, in her official capacity as the County Board President and Chief Executive Officer of the County, Kimberly Foxx, in her official capacity as State's Attorney for the County, and Thomas Dart, in his official capacity as Sheriff for the County, under 42 U.S.C. § 1983. The district court had jurisdiction under 28 U.S.C. §§ 1331, 1343. On March 1, 2024, the District Court denied Plaintiffs' motion for summary judgment, granted Defendants' motion for summary judgment, and denied Defendants' motion to strike as moot. *See* Opinion and Order, Doc. 129; Judgment, Doc. 130.

On March 15, 2024, Plaintiffs filed a notice of appeal of the District Court's order and judgment. Plaintiffs appeal to the United States Court of Appeals of the Seventh Circuit. The Seventh Circuit has jurisdiction under 28 U.S.C. § 1291. This appeal is timely because Plaintiffs filed their notice of appeal 14 days after the District Court's judgment. *See* Fed. R. App. P. 4.

Dated: March 15, 2024

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street,
Suite 230
Lombard, IL 60148
(630) 452-4547
dsigale@sigalelaw.com

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson
   *Counsel of Record*
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

*Attorneys for Plaintiffs- Appellants*