121590505.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CUTBERTO VIRAMONTES, an individual and resident of Cook County, Illinois, Rubi Joyal, an individual and resident of Cook County, Illinois, Christopher Khaya, an individual and resident of Cook County, Illinois, SECOND AMENDMENT FOUNDATION, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF COOK, a body politic and corporate, TONI PRECKWINKLE, in her official capacity as County Board President and Chief Executive Officer of Cook County; KIMBERLY M. FOXX, in her official capacity as State's Attorney, and THOMAS DART, in his official capacity as Sheriff,, <br><br> Defendants. | Case No. 21-cv-04595 <br><br> Judge Rebecca R. Pallmeyer |

## MOTION TO WITHDRAW OF JEREMY SALINGER AS COUNSEL
## FOR *AMICUS* CHICAGO BOARD OF RABBIS

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, I, Jeremy H. Salinger, respectfully request that the Court grant me leave to withdraw my appearance on behalf of *Amicus* Chicago Board of Rabbis, and in support state as follows:

1. I am an associate at the law firm of Willkie Farr & Gallagher LLP ("Willkie").

2. I am attorney of record for *Amicus* Chicago Board of Rabbis in this action. *See* Dkt. 91, Attorney Appearance Form. I am not lead counsel, and I would not act as the trial attorney if this case reaches trial. *See id*.

3. I am the only remaining attorney of record for *Amicus* Chicago Board of Rabbis. *See* Dkt. 109-110.

1

121590505.1

4. I appeared in this matter for the limited purpose of filing a Brief of Amicus Curiae Chicago Board of Rabbis in Support of Defendants' Motion for Summary Judgment. I moved for leave to file said brief on March 10, 2023, Dkt. 90, and this Court granted the motion on October 31, 2023, Dkt. 121.

5. This Court granted Defendants' Motion for Summary Judgment on March 1, 2024 and entered judgment accordingly. *See* Dkt. 129-130.

6. On March 1, 2024, I notified the Chicago Board of Rabbis of this Court's ruling and concluded my representation. I have not had contact with the Chicago Board of Rabbis since.

7. The Chicago Board of Rabbis is not a party to the case, has not participated in this litigation since filing its brief on March 10, 2023, and as far as I know, does not intend to file anything or otherwise participate in these proceedings.

8. I am leaving Willkie effective April 1, 2025, and I will no longer be positioned to represent *Amicus* Chicago Board of Rabbis.

Wherefore, I respectfully request that the Court grant me leave to withdraw as attorney of record on behalf of *Amicus* Chicago Board of Rabbis.

Dated: March 26, 2025
/s/ *Jeremy H. Salinger*
Jeremy H. Salinger

WILLKIE FARR & GALLAGHER LLP
300 N. LaSalle St., Suite 5000
Chicago, IL 60654
(312) 728-9000
jsalinger@willkie.com